# Exhibit B

Please read:
A personal appeal from
Wikipedia founder Jimmy Wales

Read now

Bank fraud

From Wikipedia, the free encyclopedia

Jump to: navigation, search

This article has multiple issues. Please help improve it or discuss these issues on the talk page.

This article needs additional citations for verification. (May 2009)

This article may require cleanup to meet Wikipedia's quality standards. (May 2009)

This article needs attention from an expert in Law. (May 2009)

The examples and perspective in this article may not represent a worldwide view of the subject. (May 2009)

This article's lead section may not adequately summarize all of its contents. (May 2009)

This article may be too long to read and navigate comfortably. (May 2009)

Bank fraud is the use of fraudulent means to obtain money, assets, or other property owned or held by a financial institution, or to obtain money from depositors by fraudulently representing to be a bank or financial institution.[1] In many instances, bank fraud is a criminal offense. While the specific elements of a particular banking fraud law vary between jurisdictions, the term bank fraud applies to actions that employ a scheme or artifice, as opposed to bank robbery or theft. For this reason, bank fraud is sometimes considered a white-collar crime.

Contents:
1 Bank impersonation
2 Mechanics of bank fraud against banks
2.1 Stolen checks
2.2 Cheque kiting
2.3 Forgery and altered cheques
2.4 Accounting fraud 2.4.1 Uninsured deposits
2.4.2 Demand draft fraud
2.5 Rogue traders
2.6 Fraudulent loans
2.7 Fraudulent loan applications
2.8 Forged or fraudulent documents
2.9 Wire transfer fraud
2.10 Bill discounting fraud
2.11 Payment card fraud
2.11.1 Booster cheques
2.11.2 Stolen payment cards

2.11.3 Duplication or skimming of card information

2.12 Empty ATM envelope deposits
2.13 Impersonation
2.14 Prime bank fraud
2.15 The fictitious 'bank inspector'
2.16 Phishing and Internet fraud
2.17 Money laundering
3 Banking fraud by country 3.1 Bank fraud in the United States
3.2 Bank fraud in China
4 Other related articles
5 References
6 External links
[edit] Bank impersonation

Fraudsters may set up companies with names that sound similar to existing banks, or assume titles conferring notability to themselves for plausibility, then abscond with the deposited funds.

[edit] Mechanics of bank fraud against banks

This section may require cleanup to meet Wikipedia's quality standards. No cleanup reason has been specified. Please help improve this section if you can. (October 2008)

[edit] Stolen checks

A scan of a counterfeit cashier's check that is made to appear to be issued by Wells Fargo Bank.
Some fraudsters obtain access to facilities handling large numbers of checks, such as a mailroom or post office or the offices of a tax authority (receiving many checks) or a corporate payroll or a social or veterans' benefit office (issuing many checks). A few checks go missing; accounts are then opened under assumed names and the checks (often tampered or altered in some way) deposited so that the money can then be withdrawn by thieves. Stolen blank checkbooks are also of value to forgers who then sign as if they were the depositor.

[edit] Cheque kiting

Cheque kiting exploits a system in which, when a cheque is deposited to a bank account, the money is made available immediately even though it is not removed from the account on which the cheque is drawn until the cheque actually clears.

[edit] Forgery and altered cheques

Main article: Forgery

Thieves have altered cheques to change the name (in order to deposit cheques intended for payment to someone else) or the amount on the face of cheques, simple altering can change $100.00 into $100,000.00, although transactions of this value are subject to investigation as a precaution to prevent fraud as policy.

Instead of tampering with a real cheque, some fraudsters will attempt to forge a depositor's signature on a blank cheque or even print their own cheques drawn on accounts owned by others, non-existent accounts or even alleged accounts owned

by non-existent depositors. The cheque will then be deposited to another bank and the money withdrawn before the cheque can be returned as invalid or for non-sufficient funds.

[edit] Accounting fraud

In order to hide serious financial problems, some businesses have been known to use fraudulent bookkeeping to overstate sales and income, inflate the worth of the company's assets or state a profit when the company is operating at a loss. These tampered records are then used to seek investment in the company's bond or security issues or to make fraudulent loan applications in a final attempt to obtain more money to delay the inevitable collapse of an unprofitable or mismanaged firm. Examples of accounting frauds: Enron and WorldCom. These two companies "cooked the books" in order to appear as they had profits each quarter when in fact they were deeply in debt.

[edit] Uninsured deposits

There are a number of cases each year where the bank itself turns out to be uninsured or not licensed to operate at all. The objective is usually to solicit for deposits to this uninsured "bank", although some may also sell stock representing ownership of the "bank". Sometimes the names appear very official or very similar to those of legitimate banks. For instance, the "Chase Trust Bank" of Washington D.C. appeared in 2002 with no license and no affiliation to its seemingly apparent namesake; the real Chase Manhattan Bank[2] is based in New York. Accounting fraud has also been used to conceal other theft taking place within a company.

[edit] Demand draft fraud

Demand draft fraud is usually done by one or more dishonest bank employees. They remove few DD leaves or DD books from stock and write them like a regular DD. Since they are insiders, they know the coding, punching of a demand draft. These Demand drafts will be issued payable at distant town/city without debiting an account. Then it will be cashed at the payable branch. For the paying branch it is just another DD. This kind of fraud will be discovered only when the head office does the branch-wise reconciliation, which normally will take 6 months. By that time the money is irrecoverable.

[edit] Rogue traders

A rogue trader is a highly placed insider nominally authorised to invest sizeable funds on behalf of the bank; this trader secretly makes progressively more aggressive and risky investments using the bank's money, when one investment goes bad, the rogue trader engages in further market speculation in the hope of a quick profit which would hide or cover the loss.

Unfortunately, when one investment loss is piled onto another, the costs to the bank can reach into the hundreds of millions of dollars; there have even been cases in which a bank goes out of business due to market investment losses.

Some of the largest bank frauds ever detected were perpetrated by currency traders John Rusnak, and Nick Leeson. Jérôme Kerviel, allegedly defrauded Société Générale of 4.9 billion euros ($7.1 billion) us dollars, while trading stock derivatives.

[edit] Fraudulent loans

One way to remove money from a bank is to take out a loan, a practice bankers would be more than willing to encourage if they know that the money will be repaid in full with interest. A fraudulent loan, however, is one in which the borrower is a business entity controlled by a dishonest bank officer or an accomplice; the "borrower" then declares bankruptcy or vanishes and the money is gone. The borrower may even be a non-existent entity and the loan merely an artifice to conceal a theft of a large sum of money from the bank. This can also seen as a component within mortgage fraud (Bell, 2010).[3]

[edit] Fraudulent loan applications

These take a number of forms varying from individuals using false information to hide a credit history filled with financial problems and unpaid loans to corporations using accounting fraud to overstate profits in order to make a risky loan appear to be a sound investment for the bank.

[edit] Forged or fraudulent documents

Forged documents are often used to conceal other thefts; banks tend to count their money meticulously so every penny must be accounted for. A document claiming that a sum of money has been borrowed as a loan, withdrawn by an individual depositor or transferred or invested can therefore be valuable to a thief who wishes to conceal the minor detail that the bank's money has in fact been stolen and is now gone.

[edit] Wire transfer fraud

Wire transfer networks such as the international SWIFT interbank fund transfer system are tempting as targets as a transfer, once made, is difficult or impossible to reverse. As these networks are used by banks to settle accounts with each other, rapid or overnight wire transfer of large amounts of money are commonplace; while banks have put checks and balances in place, there is the risk that insiders may attempt to use fraudulent or forged documents which claim to request a bank depositor's money be wired to another bank, often an offshore account in some distant foreign country.

There is a very high risk of fraud when dealing with unknown or uninsured institutions.

The risk is greatest when dealing with offshore or Internet banks (as this allows selection of countries with lax banking regulations), but not by any means limited to these institutions. There is an annual list of unlicensed banks on the US Treasury Department site which currently is fifteen pages in length.

[edit] Bill discounting fraud

Essentially a confidence trick, a fraudster uses a company at their disposal to gain confidence with a bank, by appearing as a genuine, profitable customer. To give the illusion of being a desired customer, the company regularly and repeatedly uses the bank to get payment from one or more of its customers. These payments are always made, as the customers in question are part of the fraud, actively paying any and all bills raised by the bank. After time, after the bank is happy with the company, the company requests that the bank settles its balance with the company before billing the customer. Again, business continues as normal for the fraudulent company, its fraudulent customers, and the unwitting bank. Only when the outstanding balance between the bank and the

company is sufficiently large, the company takes the payment from the bank, and the company and its customers disappear, leaving no-one to pay the bills issued by the bank.

[edit] Payment card fraud

Credit card fraud is widespread as a means of stealing from banks, merchants and clients.

[edit] Booster cheques

A booster cheque is a fraudulent or bad cheque used to make a payment to a credit card account in order to "bust out" or raise the amount of available credit on otherwise-legitimate credit cards. The amount of the cheque is credited to the card account by the bank as soon as the payment is made, even though the cheque has not yet cleared. Before the bad cheque is discovered, the perpetrator goes on a spending spree or obtains cash advances until the newly-"raised" available limit on the card is reached. The original cheque then bounces, but by then it is already too late.

[edit] Stolen payment cards

Often, the first indication that a victim's wallet has been stolen is a phone call from a credit card issuer asking if the person has gone on a spending spree; the simplest form of this theft involves stealing the card itself and charging a number of high-ticket items to it in the first few minutes or hours before it is reported as stolen.

A variant of this is to copy just the credit card numbers (instead of drawing attention by stealing the card itself) in order to use the numbers in online frauds.

[edit] Duplication or skimming of card information

This takes a number of forms, ranging from a dishonest merchant copying clients' credit card numbers for later misuse (or a thief using carbon copies from old mechanical card imprint machines to steal the info) to the use of tampered credit or debit card readers to copy the magnetic stripe from a payment card while a hidden camera captures the numbers on the face of the card.

Some thieves have surreptitiously added equipment to publicly accessible automatic teller machines; a fraudulent card stripe reader would capture the contents of the magnetic stripe while a hidden camera would sneak a peek at the user's PIN. The fraudulent equipment would then be removed and the data used to produce duplicate cards that could then be used to make ATM withdrawals from the victims' accounts.

[edit] Empty ATM envelope deposits

A criminal overdraft can result due to the account holder making a worthless or misrepresented deposit at an automated teller machine in order to obtain more cash than present in the account or to prevent a check from being returned due to non-sufficient funds. United States banking law makes the first $100 immediately available and it may be possible for much more uncollected funds to be lost by the bank the following business day before this type of fraud is discovered. The crime could also be perpetrated against another person's account in an "account takeover" or with a counterfeit ATM card, or an account opened in

another person's name as part of an identity theft scam. The emergence of ATM deposit technology that scans currency and checks without using an envelope may prevent this type of fraud in the future.[4]

[edit] Impersonation

Main article: Identity theft

Impersonation has become an increasing problem; the scam operates by obtaining information about an individual, then using the information to apply for identity cards, accounts and credit in that person's name. Often little more than name, parents' name, date and place of birth are sufficient to obtain a birth certificate; each document obtained then is used as identification in order to obtain more identity documents. Government-issued standard identification numbers such as "social security numbers" are also valuable to the fraudster.

Information may be obtained from insiders (such as dishonest bank or government employees), by fraudulent offers for employment or investments (in which the victim is asked for a long list of personal information) or by sending forged bank or taxation correspondence. Some fictitious tax forms which purported to have been sent by banks to clients in 2002 were:
  W-9095 Application Form for Certificate Status/Ownership for Withholding Tax
  W-8BEN Certificate of Foreign Status of Beneficial Owner for United States Tax Withholding
  W-8888

The actual origin of these forms is neither the bank nor the taxman - they're sent by would-be identity thieves and W-8888 doesn't exist, W-9095 is also fictitious (the real W-9 asks much less info) and W-8BEN is real but may have been tampered to add intrusive additional questions. The original forms on which these fakes were based are intended to collect information for income tax on income from deposits and investment.

In some cases, a name/SIN pair is needed to impersonate a citizen while working as an illegal immigrant but often the identity thieves are using the bogus identity documents in the commission of other crimes or even to hide from prosecution for past crimes. The use of a stolen identity for other frauds such as gaining access to bank accounts, credit cards, loans and fraudulent social benefit or tax refund claims is not uncommon.

Unsurprisingly, the perpetrators of such fraud have been known to take out loans and disappear with the cash, quite content to see the wrong persons blamed when the debts go bad or the police come calling.

Some corporations have engaged in over-expansion, using borrowed money to finance costly mergers and acquisitions and overstating assets, sales or income to appear solvent even after becoming seriously financially overextended.

[edit] Prime bank fraud

The "prime bank" operation which claims to offer an urgent, exclusive opportunity to cash in on the best-kept secret in the banking industry, guaranteed deposits in "prime banks", "constitutional banks", "bank notes and bank-issued debentures from top 500 world banks", "bank guarantees and standby letters of credit" which generate spectacular returns at no risk and are "endorsed by the World Bank" or various national governments and central

bankers. However, these official-sounding phrases and more are the hallmark of the so-called "prime bank" fraud; they may sound great on paper, but the guaranteed offshore investment with the vague claims of an easy 100% monthly return are all fictitious financial instruments intended to defraud individuals.

[edit] The fictitious 'bank inspector'

This is an old scam with a number of variants; the original scheme involved claiming to be a bank inspector, claiming that the bank suspects that one of its employees is stealing money and that to help catch the culprit the "bank inspector" needs the depositor to withdraw all of his or her money. At this point, the victim would be carrying a large amount of cash and can be targeted for the theft of these funds.

Other variants included claiming to be a prospective business partner with "the opportunity of a lifetime" then asking for access to cash "to prove that you trust me" or even claiming to be a new immigrant who carries all their money in cash for fear that the banks will steal it from them - if told by others that they keep their money in banks, they then ask the depositor to withdraw it to prove the bank hasn't stolen it.

Impersonation of officials has more recently become a way of stealing personal information for use in theft of identity frauds.

[edit] Phishing and Internet fraud

Main article: Phishing

Phishing operates by sending forged e-mail, impersonating an online bank, auction or payment site; the e-mail directs the user to a forged web site which is designed to look like the login to the legitimate site but which claims that the user must update personal info. The information thus stolen is then used in other frauds, such as theft of identity or online auction fraud.

A number of malicious "Trojan horse" programmes have also been used to snoop on Internet users while online, capturing keystrokes or confidential data in order to send it to outside sites.

[edit] Money laundering

Main article: Money laundering

The term "money laundering" dates back to the days of Al Capone; Money laundering has since been used to describe any scheme by which the true origin of funds is hidden or concealed.

While Money Laundering is not a form of bank fraud, the two crimes are often committed together. Criminals often commit fraud or other financial crimes and then will launder the funds in order to disassociate the proceeds from the criminal activity through which they were gained. Thus, fraud is considered by the FBI as a "predecessor" or "collateral" crime to Money Laundering.[5]

[edit] Banking fraud by country

[edit] Bank fraud in the United States

Under federal law, bank fraud in the United States is defined, and made illegal, primarily by the Bank Fraud Statute in Title 18 of the U.S. Code. 18 U.S.C. § 1344 (Bank Fraud Statute) states:
 Whoever knowingly executes, or attempts to execute, a scheme or artifice— (1) to defraud a financial institution; or (2) to obtain any of the moneys, funds, credits, assets, securities, or other property owned by, or under the custody or control of, a financial institution, by means of false or fraudulent pretenses, representations, or promises; shall be fined not more than $1,000,000 or imprisoned not more than 30 years, or both.
State law may also criminalize the same, or similar acts.

The Bank Fraud Statute was passed following the Supreme Court's decision in Williams v. United States, 458 U.S. 279 (1982), in which the Court held that cheque-kiting schemes did not constitute making false statements to financial institutions (18 U.S.C. § 1014). Congress responded by passing the Bank Fraud Statute (18 U.S.C. § 1344). Section 1344 has subsequently been bolstered by the Financial Institutions Reform, Recovery and Enforcement Act of 1989 (FIRREA), Pub. L. No. 101-73, 103 Stat. 500.

The Bank Fraud Statute criminalizes federally cheque-kiting, cheque forging, non-disclosure on loan applications, diversion of funds, unauthorized use of automated teller machines (ATMs), credit card fraud, and other similar offenses. Section 1344 does not cover certain forms of money laundering, bribery, and passing bad checks. Other provisions cover these offenses.

In the United States, consumer liability for unauthorized electronic money transfers on debit cards is covered by Regulation-E of the Federal Deposit Insurance Corporation.[6] The extent of consumer liability, as detailed in section 205.6, is determined by the speed with which the consumer notifies the bank. If the bank is notified within 2 business days, the consumer is liable for $50. Over two business days the consumer is liable for $500, and over 60 business days, the consumer liability is unlimited. In contrast, all major credit card companies have a zero liability policy, effectively eliminating consumer liability in the case of fraud.

[edit] Bank fraud in China

This section requires expansion. (March 2008)

This section does not cite any references or sources. (March 2008)


China has executed bankers for fraudulent activity; some recent cases (Sept 2004) which ended in capital punishment include:
 Wang Liming link goes to the wrong person, former accounting officer, China Construction Bank, Henan, with others stole 20 million yuan ($2.4 million in U.S. Currency) from the bank using fraudulent papers, executed.
 Miao Ping, an accomplice in the same case, executed.
 Wang Xiang link goes to the wrong person, same bank in an unrelated case, also executed for taking 20 million yuan from the bank.
 Liang Shihan, Bank of China, Zhuhai, executed for helping cheat his bank out of $10.3 million US.

In China, consumer liability for unauthorized electronic money transfers is covered by an order of the China Banking Regulatory Commission, called The Measures Governing Electronic Banking.[7] Chapter 8 deals with legal liabilities. Article 89 stipulates that if the bank causes any monetary loss for

any reason "irrelevant to the customer, it shall bear the liabilities accordingly." This leaves consumer liability open to interpretation. As such, Chinese banks have a policy of refusing to pay any fraud victim their money back unless a lawsuit is filled. If a fraud victim is successful in filling a lawsuit, the bank might settle out of court. If a lawsuit goes to court, the success of the lawsuit depends largely on the disposition of the local court in question. A lawsuit concluded in 2012 in the city of Wenling, Jejiang province made news because the local court ordered the bank to fully reimburse a man who was the victim of card duplication.[8] However, the extent of the uncompensated fraud victim issue is unknown, as a result of China's censored media.

[edit] Other related articles
 Baninter case
 Certified Bank Forensic Accounting
 Cheque fraud
 Mail fraud
 Mortgage fraud
 Nigerian 419 scam
 Wire fraud

[edit] References

1.^ "State and U.S. officials… say the Dominion of Melchizedek… may be the front for illegal activity… Pearlasia says the state of California doesn't exist. The declaration of "spiritual war" from the leader of the 'ecclesiastical sovereignty' was the latest salvo in an odd legal skirmish that began last June when Pearlasia, also known as Elvira Gamboa, came to the attention of the California State Banking Department. She had tried to obtain a $20,000 auto loan from a small Shasta County bank, identifying herself as an official of "Bankasia A.G.," said Steven Suchil, Banking Department counsel, and the local bank alerted the state… authorities sued her in Shasta County Superior Court to stop her from doing business as any of 11 different banks, such as the Zurich Credit Bankers A.G..or Asia Pacific Bank Ltd… Branch Vinedresser… according to state officials and published accounts, is a pseudonym for Mark Logan Pedley, a former Sacramento man twice convicted of fraud for his involvement in a real estate swindle and a scam involving the conversion of Mexican pesos into dollars… California Pacific Bankers & Insurance Ltd., was shut down by the California Department of Insurance… Vinedresser was convicted of mail and interstate fraud in 1983 and.. for selling land he didn't own in Sacramento... convicted again in 1986 for the peso conversion scam..", NATION WAGING "SPIRITUAL WAR" ON STATE OFFICIAL, Sacramento Bee - Feb 13, 1995, [1]
 2.^ jpmorganchase.com
 3.^ Bell, Alexis (2010). Mortgage Fraud & the Illegal Property Flipping Scheme: A Case Study of United States v. Quintero-Lopez.
 4.^ "ATM deposit automation, ATM deposit processing, envelope-free deposits". Carreker.com. Retrieved 2012-03-13.
 5.^ Forensic Accounting and Fraud Investigation for Non-Experts - Howard Silverstone, Michael Sheetz - Google Books. Books.google.com. 2011-01-19. Retrieved 2012-03-13.
 6.^ "Federal Deposit Insurance Corporation, Electronic Funds Transfers (Regulation-E)".
 7.^ "Order of China Banking Regulatory Commission, The Measures Governing Electronic Banking".
 8.^ "China Daily News, 2012-7-17, Shi Yingying, "Man wins full pay-out in bank card fraud"".

[edit] External links

Bankers Online
Crimes of Persuasion
US Securities and Exchange Commission
US Code
An Ukrainian bank's humanity crime
[hide]
v ·
t ·
e

Types of fraud

Financial

Advance-fee (Lottery scam) ·
Bank ·
Bankruptcy ·
Cheque ·
Credit card ·
Forex ·
Friendly ·
Insurance ·
Mortgage ·
Securities ·
Tax

Business-related

Billing ·
Cramming ·
Disability ·
Drug / Pharmaceutical ·
Employment ·
Fixing ·
Impersonation ·
Intellectual property ·
Internet ·
Job ·
Long firm ·
Odometer ·
Phone ·
Quackery / Health care ·
Return ·
Slamming ·
Telemarketing

Family-related

Marriage ·
Paternity

Government-related
Benefit ·
Electoral ·
Medicare ·
Visa ·
Welfare

Other types

Charity ·
Confidence trick ·
Counterfeiting ·
Forgery ·
Hoax ·
Impersonation ·
Mail and wire (honest services) ·
Spyware

View page ratings

Rate this page
What's this?

Trustworthy

Objective

Complete

Well-written

I am highly knowledgeable about this topic (optional)

Submit ratings

Categories: Finance fraud
Create account
Log in
Article
Talk
Read
Edit
View history
Main page
Contents
Featured content
Current events
Random article
Donate to Wikipedia
Wikipedia Shop

Interaction

Help
About Wikipedia
Community portal
Recent changes
Contact Wikipedia

Toolbox
Print/export

Languages

????

This page was last modified on 10 September 2012 at 11:59.

Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. See Terms of Use for details.
Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.

Contact us
Privacy policy
About Wikipedia
Disclaimers
Mobile view

??

??

??

??


12

??

??

??

??


2