# Exhibit D

# THE PAPER TRIP I

*[Handwritten annotations in margins:]*
- MR BK AGORO
- CA
- WAS DC / MD / virginia
- Florida
- Illinois Chicago —
- NJ / New
- Nevada / North Las
- South Dakota
- Illinois Cuter Complex
- HCurt

**THE PAPER TRIP I**
is the new title of the original book,
THE PAPER TRIP

Copyright 1971 EDEN PRESS
ALL RIGHTS RESERVED

Edited by
Cathy Clark

**THE PAPER TRIP I**
represents the complete
revision, enlargement and renaming of
THE PAPER TRIP

REVISED 1984

For a complete catalog of other publications, please write:
EDEN PRESS, P.O. Box 8410, Fountain Valley, CA 92728

# II.
# ...AND TAKING TO THE ROAD

> *I shall be telling with a sigh*
> *Somewhere ages and ages hence:*
> *Two roads diverged in a wood, and I —*
> *I took the one less traveled by,*
> *And that has made all the difference.*
> — Robert Frost

Many people, plagued with worries and problems, cannot decide which road to take, which course to follow. As Chapter I shows, government is demonstrating a growing preoccupation with social control through the increased use of the bureaucracy's paper monitoring systems. Many citizens are becoming aware of it; and they want to escape it. Yet, they listen to the Establishment's equation of alternate identity with crime, not realizing that the concept may be unfair and overstated. After all, the government relies on false ID itself. Here are more examples of the current situation:

## A MATTER OF PERSPECTIVE

Identification documents' close relationship to crime is one of the reasons the government gives for its fervent interest in the subject. Forged ID papers cause U.S. banks and stores to suffer losses of $31 billion annually. Some people who use phony ID for questionable or illegal purposes are amateurs. However, most are professionals working through organized rings, according to a recent UPI article. The rings are often operated by criminals who — for a fee — will give backup verification of the fake ID:

> *A girl sits in a room with a telephone connected to an answering service for a long list of numbers. When she gets a call from a bank or store about Paul X, she checks a card file and answers unblushingly, "Yes, Mr. X is employed here, and he has been with us a year and makes $18,000 a year," reading off the card information which she knows is false.*
>
> *In an even more sophisticated operation, the rings, operating under various fictitious business names, succeed in feeding false credit information directly into the computers of legitimate credit reporting agencies about various fictitious individuals. The criminals rush out to the banks and stores and make killing taking out loans and running up b. bills for valuable merchandise that can l fenced. Then they vanish.*

Obviously, stores and financial institutior are now painfully aware of the problem. Wh then, don't they take forceful counter-measures The main reason is that *carelessness* on the pa of bank officials and credit managers is foste ing the growth of their losses, according to tl trade magazine, *Bank Systems and Equipmer* Moreover, many of the people who are suppos( to be "in charge" do not want to prosecute an thus, admit their stupidity or naivete publicl Others don't want to invest the time and mon( required to pursue the matter. Also, people wi the "right paper" are difficult to detect at fir because "the computer can't have sudd( flashes of intuitive suspicion as a human cle: can," UPI says.

Perhaps some people have abused the conce of alternate ID, apparently "successfully However, we do not condone such fooli: misapplications of the blessings of Pap Tripping. We all know that the abuse of philosophy or movement does not negate i value. How often have people misused religic politics or government for their own selfi purposes? Just as Watergate did not dimini the value of politicians, the inappropriate us of Paper Trip techniques cannot label t concept criminal or "without redeeming soci value" for the average citizen.

## STOLEN ID

"What's in a name?" Army Pvt. Gary Guinn beginning to find out. In December 1976, Guinr wallet — complete with "an old driver's licen! a Social Security card and two credit cards". was stolen from his car. For the seven mont before his arrest, the alleged thief used the . and forged Guinn's name to get a job, apply1 loans, buy a car and furniture, and even s blood, according to an Associated Press artic

However, no past-due bills were incurri Therefore, the judge ruled that Lester Sand( (who was arrested on charges of forgery a

14

— When launching a new identity, simplicity is best. Obviously, elements of your previous identity which are awkward or don't fit in with your new life must be jettisoned. However, it is easier to avoid complications by not "inventing" unless there is no other alternative. Remaining true to your essential personality helps prevent slip-ups.

— However, you don't have to hang on to outworn habits which may give you away. It is not vital to your soul's well-being to play tennis every Saturday morning, subscribe to the same publications, patronize the same stores and gas stations, or use the same credit cards.

— Develop a little humility. In many situations we use past achievements to identify ourselves and impress others. At first, a Paper Tripper may feel a twinge of pain when his new identity does not allow him to boast about his college education or his last job coup. (Conversely, it pays to know when to list your "accomplishments," such as on a job application.)

— Prior conditioning can seriously inhibit your "transformation." *Practice saying your name out loud.* Mental memorization is not sufficient. No matter how much you long for a new identity, the comfortable familiarity of your original name can make you very uneasy about introducing yourself in your new "incarnation."

— The same philosophy applies to handwriting. You must practice to overcome any panic or hesitation when writing your new signature.



— Your own paranoia is your biggest enemy. It is more dangerous than any bureaucratic maze or inquisitive official.

— Time spent in your new identity helps you really become that person. As with new clothes, with a little time and wear, the new identity becomes familiar and comfortable — and uniquely yours.

— Learn to supply what sells. Use your common sense and become adept at a little basic character analysis. If you reaffirm rather than threaten a person's world concept, he will find it easier to relax and accept you.

— A "drifter" past often charms people who fantasize about that lifestyle. Also, a "runaway" who had the nerve to leave all his many (but vaguely-identified) hassles behind sometimes stirs admiration and sympathy. Americans seem to have a fondness for the James Dean-style of rebel or anti-hero. However, these "macho" stories don't appeal to everyone. Figure out the type of person you are trying to convince.

— Be friendly!

— Never lose your temper!

— New friends are good "props." They not only provide good support as contacts and local references, but they help bolster your morale during your initial "identity-crisis." A loner tends to make people suspicious.

— Take advantage of all opportunities which allow you to blend into the local picture and appear to be a "solid citizen."

— Money is a great reference. Besides being impressive proof of you claims of being a "respectable citizen," money allows you to build stronger evidence of your identity with checking and savings accounts (if you plan to remain in one place).

— Paradoxically, a Post Office box promotes both privacy and community involvement. When you apply, you become an official citizen; yet, you still maintain confidentiality. With a local address and job, it is not difficult to get a Post Office box.

— If you think you are being "followed" for some reason, consider the fact that most law enforcement officials and professional skip tracers know that California and Florida are the most popular destinations for runaways. Many people try to cover their tracks with miles instead of good ID. Conserve your money and your energy. You do not have to travel far to completely outdistance past problems. Read on....

— By taking advantage of the convenience and anonymity provided by the nearest large city, some Paper Trippers choose to firmly establish their new identities before cutting all ties with the old. As one accomplished Paper Tripper, "Fred X.," explains in an article in *Free Enterprise:* "I decided that it would be possible, even easy, to establish my new identity while living my old one — so that when I did split, there would not only be a new name waiting for me, but a new job, an apartment, the works .... The sheer immensity of New York City would provide me with the anonymity I was looking for. It would be easy for me to beg off a day from work here and there, travel to New

York City, and be home in time for dinner with the family."

— Some individuals create their own "official" stationery in order to write glowing — but convincing — references for themselves. For example, Fred X. sent innocuous requests for information to companies he later claimed as former places of employment. In this way, he obtained their letterheads. Fred clipped off the letterheads and superimposed them over the addresses of out-of-town mail-forwarding services which he'd retained from the classified sections of out-of-town newspapers: "Using a color Xerox machine, I created new stationery bearing the company logos and my forwarding addresses. This method allowed me not only to write letters of recommendation for myself, but also to respond to any follow-up mail from prospective employers. (All of the mail-forwarding services I used also had telephone-answering arrangements, allowing any calls to the 'companies' to be immediately referred to me.)"

— Some imaginative individuals collect on old "debts" in order to obtain credit in their new names. One person talked three trusted friends into installing extra telephones in their offices for a two-month period. One answered as a credit-lending bureau, another as a landlord, and the third as a former employer. However, your plans need not be this complicated or elaborate to succeed. For more information on the subject, you might refer to a book titled *CREDIT!*, $7.95 from Eden Press.



Thus, the main objective is to disappear into the crowd, to become inconspicuous. Like a chameleon, a Paper Tripper's self-preservation depends upon his ability to blend harmoniously into his chosen environment. Ms. Knight and the Paper Vigilantes may regard him as a mere reptilian low-life, deserving only extinction. However, many others see him as a noble breed of independent, changing the color of his skin in order to survive in a hostile environment.

# IV.
# THE "BIRTH CERTIFICATE ROUTE"

*The journey of a thousand miles begins with a single step.*
—Lao-Tse

### THE ESSENTIAL DOCUMENT

It is generally true that all ID begins with a birth certificate. An individual's original identity (name) is usually recorded at or near his time of birth. The actual document which is prepared by the hospital's staff, signed by the physician, and retained by the county recorder in a "vital records" department provides the master from which subsequent "certified" copies are prepared.

With a "certified" copy of a birth certificate, issued by some agency of state or local government, it is relatively easy to apply for and receive virtually any form of ID desired. This type of birth certificate provides a legal basis for the issuance of Social Security cards, driver's licenses, state ID cards, even passports.

The foundation for creating an alternate identity is to obtain an "alternate" birth certificate — one in a name other than your own. We have found that there are at least four general methods for locating and obtaining an alternate birth certificate. Before we outline these techniques, however, we should make the following observations.

*THE PAPER TRIP* does *not* recommend using any "government" ID that is not actually issued by the various agencies themselves. The establishing of a new identity is made riskier when-

22

ever one tries to use stolen, forged or counterfeited "official" documents. They're not worth the paper they're printed on, and can cause problems to compound quickly in unforeseen circumstances. It is far better to have the different government agencies issue directly to you the various forms of ID you need. And all the information you need to get started appears on a birth certificate — someone else's, that is.

But who is this "someone else"? Obviously it shouldn't be someone who is now living, since you would then be duplicating an existing set of ID. While this is done by certain individuals for very specific purposes, it is not suitable for *THE PAPER TRIP* since it would lead most likely to an early and easy detection. The "someone else" must be a person of your sex, race, and approximate age who is no longer living, and thus has no further need of ID in his (recorded) name. The challenge lies in finding such a person and ultimately obtaining a certified copy of his birth certificate.

The following methods will enable you to receive an unquestionably genuine birth document from most county recorders. Once you have the data you need to know, you will be able to order (by mail, if you wish) a certified copy to be sent directly to you.

Before you begin your research, however, you should realize that some of the following methods, when put into practice, might possibly be against local and/or state regulations. We would urge you to seek competent legal advice before embarking on any procedure that might jeopardize your future safety. Although "street" wisdom says don't trust lawyers, we have found that attorneys are generally candid and discreet in dealing with problems *before* they occur.

## OBITUARY METHOD

This first method lets you take over "living" for a person who has just recently died. Take any newspaper and scan the obituary columns, looking for a person who has just died within a few years of your present age. An out-of-state paper is sometimes safer, especially if you live in a small state. Many such papers can be found at the local library. Once you've located a good prospect, you should feel at ease about the situation, place, and possible family connections before going after his birth certificate.

A good Tripper then writes to the funeral home, cemetery, or family, expressing surprise and regret that his old school friend, service buddy, or boyhood pal passed away, and that he'd like to be assured it was even him. If they would be so kind as to verify his birthdate and place of birth, it would bring greater peace of mind, etc., etc. (He might even throw fictitious information at them regarding the date and place of birth; and in their reply, they will undoubtedly be pleased to "correct" his inquiry by providing the *exact* information!) Any facts gleaned from the obituary notice are excellent points of reference in his letter. Good use of imagination will gain him even more specific information regarding the person's background, life situation, and so on.

A variation of this method would be to write the Clerk of the county in which the obituary notice was published for a copy of the deceased's *death* certificate. A simple explanation that you are the "historian" of his graduation class or fraternity, or simply an interested family member who maintains a family history, plus a $2 or $3 fee (telephone first for amount), will get you a copy of the death certificate. This handy document will list all the information you will need for then obtaining his birth certificate. Place and date of birth, mother's maiden name, race, etc. will all be listed.

When you get the facts you need, simply write the Clerk of the county where the person was born, using an appropriate title such as "Office (or Department) of Vital Statistics," "County Recorder," "Bureau of Vital Records," etc., and request a certified copy of "your" birth certificate. Enclose the right fee ($2-3 in cash or money order), and you should receive it in a few days through the mail. Incidentally, the County Clerk or Recorder will have his office and files in a town known as the "county seat." A quick check of an atlas or good encyclopedia will tell you which city or town this is.

If assuming your new name for this purpose seems too direct or "up front," use a letterhead such as that of an investigating agency or any kind of employer, and state that for coverage in your company's group life insurance policy, or for security clearance, you are requesting a certified copy of so-and-so's birth certificate. Include the fee, naturally, and you'll get the copy fast, no questions asked. Public records are available to the public.

You could also request and receive the document in person, particularly if the birth certificate is recorded in a large, populous county. You'll receive it all the faster this way. Avoid the personal appearance, however, if you're going after someone who was from a rural area. There's always a good chance the clerk might have known the person or heard of his recent demise. Reason must always prevail.

With the Obituary Method, you should realize that if you use the birth certificate of someone who had already entered adult life, he more than

23

likely had contracted debts, had a Social Security number and driver's license. He might have been married, had a police record, even a few outstanding warrants....

This type of birth certificate is strictly lightweight, in that you may not be able to remain hidden very long. It's good for a wild weekend or two, or for disappearing in a hurry. For the longer term, you will need a more reliable form of birth certificate, one less susceptible to quick detection.

## OLD NEWSPAPER METHOD

The birth certificate you obtain by using this method enables you to become a person who died long before he got entangled in the paper morass you're now trying to escape. Again, his birthdate should be around your own; but you don't have to go tripping through graveyards to look him up. Cemetery "research" has been used, and it works; but there's a much more convenient way.

Simply go to the main library of any large city, university or college, or a newspaper's principal office and take a look at the old newspapers recorded there on microfilm. Choose a year in which you would have been no older than ten and begin looking for articles in which a young child of your sex, race, and age (then) was killed in some kind of accident. Excellent possibilities would be those in which an entire family was wiped out, as there would be little remembered of them by now.

Check the obituaries, too, especially for deaths of children under the age of five. Under this age, at least 90% of those who die do so in the same county where they were born. Make sure the date of the newspaper is such that the age of the deceased and your age at that time were roughly the same.

In writing for the birth certificate, unless the article or obituary states where the child was born, assume that he was born in the same county where he died. Request a certified copy either as that person, or as an employer or investigator who requires it in order to hire that person, approve him for special clearance, etc. If that particular county has no record of the birth, try either a populous neighboring county or write for another name. Some states maintain central files of all birth and death records; and the County Clerk will likely refer you there if he cannot help you. Follow this lead up, too.

You'll find, though, that many newspapers, particularly those in rural areas, are amazingly complete in their details of tragedies in which a spectacular accident killed several or all members of a family. Everything you need to know will be right there in front of you.

While you are researching the microfilm, it might be a good idea to compile a list of at least half a dozen good possibilities. A few might understandably prove useless for you (wrong race, for example), or you might want to construct multiple identities for possible use in the future. There will undoubtedly be a continuing need for individuals to disappear....



## COUNTY RECORDER METHOD

This method is similar to the Old Newspaper Method, except that you can do your historical research and obtain the birth certificate in the same place — right at the county recorder's office! Go to the files open to the public (photocopies of actual documents in bound volumes, or on microfilm) and check a book that has death certificates for a year in which you were under five. Every thirtieth to fiftieth death will be that of a young child, usually under one year old. The death certificate will list the birthdate, place of birth, race, parents' names, and a host of other interesting facts — all you need to know in order to send for the birth certificate, or request it right there if the child was born in the same county. If all this seems too amazing, you could even look up a copy of the birth certificate you want in the birth files before you order your copy. Just ask a helpful clerk for the appropriate volume....

## THE DELAYED BIRTH CERTIFICATE

A procedure called delayed birth certification allows for the delivery of newly-created, legal birth records. And, what's more, the state vital records offices voluntarily provide official technical assistance: The applicant simply states that he was born at a certain location in the U.S., but that his parents did not register the birth. There are some simple, logical explanations for this circumstance:

1. The parents lived on a farm and were ignorant of the requirement that each birth be "registered."

2. The child was born at home; and, for some reason or another, the parents never got around to notifying county or local officials.

3. The parents, illegal aliens working in the U.S., were afraid that registration of the birth would mean their own deportation.

4. The parents were ignorant of the law that allows all persons born in this country to become citizens automatically.

5. The child was born in the U.S. but was moved back to Mexico, where the parents registered him so he would qualify to attend Mexican schools.

The substantiation of such "unregistered" births is not difficult. Most states regard an affidavit signed by a friend, relative or minister as "evidence." Other acceptable proof of birth includes a baptismal certificate, notations in a family Bible, a church census, and sometimes even a simple affidavit stating only that such documents exist!

Many vital statistics offices are somewhat sympathetic about granting this bureaucratic leeway. There are many legitimate cases in which poor Mexican parents have moved their American-born children back across the border, according to Joe F. Staley, director of the Immigration Service's San Antonio district. Thus, these children, who by virtue of their birthplace were automatically U.S. citizens, are now adults in Mexico, with few, if any, documents to substantiate their claims.



However, there are also many illegal aliens who became instant American citizens by virtue of their cash investments rather than their birthplaces. The delayed certification of birth is apparently too tempting a business opportunity for many enterprising individuals to ignore.

Consider the illegal activities of Oscar Elias Malca Valdivia. His expertise in the field of international bureaucracy allowed him to charge each Mexican client from $800 to $1,400 for a delayed birth certificate, which Malca bought with only a little ingenuity and $5, plus postage. His maneuvers may have seemed miraculous to his little flock of aliens seeking peace — and prosperity — on the other side, but his methods were simple and accurate. According to Jack Brunson of the El Paso Intelligence Center (an interagency group that coordinates border law enforcement procedure): "He had a darned good product."



Malca, who claimed to be an attorney in McAllen, Texas, had each client sign a blank piece of typing paper, The New York Times reports. On this "authorized" document, he or an assitant wrote a letter to the Texas Bureau of Vital Statistics in Austin, stating that the client had been born in a south Texas town and requested a copy of his birth certificate. Since the client was in reality a Mexican citizen, there would be no birth record on file in the U.S. Thus, officials could not provide a copy of a birth certificate, but they could outline the procedure for filing for a delayed birth record, The New York Times explains. Using the bureau's own suggestions of nineteen documents, Malca "created" affidavits, forged signatures and applied official-looking stamps to the "proof of birth." Upon acceptance of the "evidence," the bureau listed the new birth record in its files and mailed a copy of the delayed birth certificate to Malca's client.

Malca's Rio Grande Baptismal Ceremonies were so effective that he assisted as estimated 800 illegal aliens in their emergence as new citizens in the land of opportunity. In fact, before he was apprehended by U.S. Immigration agents in May, 1975, he had developed "the paper tools of a multimillion-dollar fraud business," according to The New York Times. If greed had not made him "a little sloppy," he probably would not have been caught, Brunson says. (After operating successfully in Monterrey, Mexico, for some time, Malca obtained a "quickie marriage" in order to qualify for resident alien status and benefit from the faster Post Office and state records services.)

Although a 13-year prison term has curtailed Malca's personal paper crusade, many of his followers are already carrying on his work, using his ideas and techniques. Naturally, this worries the U.S. Immigration and Naturaliza-

**AGE 21 (with limited beer and wine sales to those under 21):**

| | |
|---|---|
| Colorado | Illinois |
| Kansas | Maryland |
| Mississippi | North Carolina |
| South Carolina | Ohio |
| South Dakota | Virginia |
| District of Columbia | |

**AGE 20:**

| | | |
|---|---|---|
| Delaware | Massachusetts | Maine |

**AGE 19:**

| | |
|---|---|
| Alabama | Alaska |
| Arizona | Idaho |
| Iowa | Minnesota |
| Montana | Nebraska |
| Wyoming | |

**AGE 18:**

| | |
|---|---|
| Connecticut | Florida |
| Georgia | Hawaii |
| Louisiana | New Hampshire |
| New Jersey | New York |
| Rhode Island | Tennessee |
| Texas | Vermont |
| West Virginia | Wisconsin |

## BASIC INFORMATION

What do you do if you find that circumstances necessitate getting a new driver's license? Well, each state has its own administration for issuing licenses, under such titles as "Department of Motor Vehicles," "Transportation," or "Public Safety," etc. Each state has its own requirements for eligibility. Therefore, consult the appropriate laws. Proof of age for minors is usually needed; a birth certificate always works. Some applicants have *no* ID, and simply tell the clerk that they've lost their wallet or have never had a license before. Be sure to check your particular state's requirements and make sure you have all the necessary paper(s) and answers before applying. (For more detailed information on this subject, check out *THE PAPER TRIP II*. It provides up-to-date data on license number codes and validations, the SOUNDEX System, duplicate licenses, the National Driver Register, and much more.)

An excellent book which provides complete information on each state's driver's license, including color reproductions of samples, is the *DRIVER'S LICENSE GUIDE*, which can be purchased by mail for $8.95 from: Driver's License Guide Co., 1492 Oddstad Drive, Redwood City, CA 94063. This company sells to "Law Enforcement" people only, so be advised. The book is used as a basic tool by law enforcement and by businessmen in "combatting criminal deception." To quote its introduction, "increased mobility, an economy styled on the use of checks and credit cards, and growth in fraud-related crimes, demand improved control." A word to the wise is sufficient. *Always* get your government ID from the government itself. Give them the paper *they* want, and you will get the paper *you* want.

Another valuable book is *SAVE YOUR LICENSE!* This is a basic "Driver's Survival Guide," detailing hundreds of tricks and inside facts about speeding — and getting away with it. The book presents a lot of practical advice on police cars, scanners, CB's, radar, tickets and insurance problems. (Available from Eden Press for $8.95.)

## RECORD SEARCH

An innovative company called RECORD SEARCH utilizes the computer network for insurance companies' "research" into motor vehicle reports (MVR's) to acquaint interested individuals with the data in their files. This information could prove quite useful — since such reports can limit personal freedom by affecting the individual's ability to obtain auto insurance or even a driver's license. If you are anxious to do a little research of your own into some of the ways insurance companies invade your privacy, write to Record Search, 444 Sherman, #214, Denver, CO 80203 for information and prices.

## INTERNATIONAL DRIVER'S LICENSE

This is a good-looking ID card that can be obtained merely by having a valid driver's license (any state), two passport size photos, and paying $5 at an office of the A.A.A. It's valid for one year; and applicants must be 18 or older. No driving test is required. At home it makes an excellent second or third piece of ID.

## CITY OR STATE ID CARDS

These handy cards can be obtained from a variety of government offices, usually for a fee of $2 or $3. Police stations, welfare offices, and motor vehicle departments are the most common sources of issue. All you need is some kind of "proof" of who you are; a birth certificate alone is enough to do the job. A SS number is sometimes requested, and an application blank designed for you to provide all your personal characteristics (birth date, sex, height, weight,

color of hair, eyes, etc.) has to be filled out. There are thousands of issuing agencies across the country, so obtaining one will be no problem. Sometimes a photo is taken and affixed to the card. This is first class ID, and is used by many people who do not have driver's licenses as their basic ID. The waiting period is usually only a matter of a few days, if that.

Once you have received your birth certificate and SS card, this is an excellent card to obtain, even if you are also going to get a driver's license. Quite often a month or so is required to receive a permanent driver's license; and most localities will not accept a temporary license as ID. The government ID card is thus a useful one to possess. Don't overlook it.

When building an alternate identity, it's sometimes easier to get a state-issued ID card before trying to obtain a driver's license. As one Tripper reports: "For a driver's license, I had to take another person along who had a license; and the driving inspector wanted to see his license. For the ID card, there was none of this hassle; and I was not asked any questions about



why I had never had a license before. Also, while taking the driving test, the bureaucrats have time to check the computer to see if someone else has had the same name and birthdate and has a license. If some other Paper Tripper has used that name already, you could be in big trouble. It's best to apply for the ID card; and go for the license later after receiving the card — if one has the time. Besides, this will give you two pieces of ID — as you don't have to surrender the ID card when applying for the license (at least in California)."

# VII.
# POSTPONE PASSPORT PROBLEMS

**FIRST THINGS FIRST**

*Get your facts first, and then you can distort them as much as you please.*
—Mark Twain

A passport is a paradoxical document: It is a ticket to global freedom, providing convenience and protection. Yet, it is also a paper monitoring device, allowing for investigation and control of the individual. Therefore, it is vital for a privacy-seeker to understand exactly how this document functions as a national and an international identifier. Armed with this knowledge, a free-spirited person can expertly wield his passport like a shield against any 1984-style encroachments into his lifestyle.

For this purpose, a good descriptive pamphlet on passports is *YOU AND YOUR PASSPORT*, available (for free) from the Passport Office, Department of State, Washington, D.C. All of the necessary specifics, however, can be found on the application itself. Passport applications can be picked up at Post Offices, federal courts, state courts of records, or at one of the passport agencies located in the following cities: Boston, Chicago, Honolulu, Los Angeles, Miami, New Orleans, New York, Philadelphia, San Francisco, Seattle, and Washington, D.C.

Also, a truly invaluable explanation and discussion of passports is found in Douglas R. Casey's *INTERNATIONAL INVESTING*. $14.95 from Eden Press). Casey's expertise can help the freedom-seeking Paper Tripper overcome any latent passport-phobia. The book outlines ways to *legally* obtain U.S. diplomatic passports, foreign passports (from twenty different countries!), and other official and non-official documents. The book even provides sound business and financial advice as well as relocation strategy. Citizens of the World, take note!

## PASSPORT PROCEDURE

Basically, with a valid U.S. birth certificate (to prove citizenship), one good physical ID (for personal identification), $42 and two clear, full-face photographs, you can get a U.S. passport, valid for 10 years. Here is a list of documents which are acceptable as proof of identity:

1. Previous U.S. passport;
2. A certificate of naturalization or of derivative citizenship.
3. Driver's license,
4. Government ID card or pass (federal, state or local).

Usually, a passport agent will not initiate a verification procedure if there are no so-called "symptoms of fraud." "We don't have the ability to investigate each applicant for a passport," says Bruce Weaver of the State Department's Seattle passport office. "We must accept the documents presented to us to establish identity at face value.... The birth document is the key. Other documents become more available once that is obtained."

Most Trippers bypass the eagle-eyed Passport Office employee in favor of the postal clerk, who will likely have more on his mind than questionable passport applications. Yet, a good game player never underestimates his opponent. Some nervousness or hesitation in answering or some uncertainty in signing may arouse the bored bureaucrat's suspicions, according to Douglas Casey. Therefore, proceed with knowledge and caution.



Also, remember that your passport is by far your best ID abroad. It guarantees your re-entry into the United States. Individuals who flee the country without passports and now want to return, sometimes have friends back home provide them with a birth certificate using one of the methods previously described. In this way, they can return from a neighboring country casually as "weekend tourists." Then they obtain other government ID in their new name, and they're on their own.

It's wise to stay away from past associates and family and to construct a "past." Some people even get passports and return to their old foreign haunts, knowing the trip home will no longer be a problem: (For more information on passport methodology, refer to THE PAPER TRIP II, $14.95 from Eden.)

## A GRUDGING TESTIMONIAL

For a most imformative look into the workings of the Passport Office, their enforcement problems and the varieties of passport fraud, the dedicated Paper Tripper simply must obtain a copy of "The Testimony of Frances G. Knight," a 42-page report by the former head of the Passport Office before a Senate Judiciary subcommittee in 1972. Send 25¢ to: Superintendent of Documents, U.S. Government Printing Office, Washington, D.C. 20402, Stock Number 5270-01608. If it's unavailable, order a copy through your senator or congressman.

Here's what Mrs. Knight had to say about an adroit applicant: "He makes the application in a name other than his own and submits, as evidence of his citizenship, either a fictitious affidavit of birth or the birth certificate, the baptismal certificate, or the naturalization certificate of another person. When successful, he obtains a passport bearing his own photograph and description, but in a name other than his own. When the applicant is in this country, this is the easiest type of fraud to perpetrate and the most difficult to detect."

## THE CURRENT TREND

For twenty-two years, Frances Knight ruled supreme at the State Department's Passport Office. She was quite vehement in her advocacy of a mandatory national identification card: "It is my personal opinion — and I presume I have the right to express it — that under cover of an overemphasized concern for individual privacy, in contrast to an apparent disregard for individual security and protection, a very small but well-organized and vocal minority has been successful in conjuring up the specter of storm troopers and secret police instigating national registration, fingerprinting, and the issuance of identity cards. Of course, criminals, illegal aliens, tax dodgers and the peripheral groups of small-time crooks and hoods who profit from illegal activities would be against national registration and identity cards. That is to be expected..." (from an interview in U.S. News & World Report).

Of course, in this country each citizen is entitled to state his — or her — opinion, no

matter how dismal a picture it paints of the American scene. And Mrs. Knight's view is shared by many bureaucrats, some conservatives and reactionaries, who agree that it is inconceivable that an individual might want an alternate passport for "noncriminal" reasons. Conveniently forgetting our Pilgrim Fathers, many of Uncle Sam's most vocal supporters seem to regard "escape" as completely un-American.

However, the Passport Office is now under new management — supplied by career diplomat Loren E. Lawrence. And Lawrence has listened to the cries of public outrage: Not only has he tactfully "unloaded" the office's national ID bandwagon, but he has also halted the agency's development of a machine-readable passport, complete with magnetic strip ID, according to *Privacy Journal*. The strip, like that on the back of a plastic credit card, would have included coded data that could be read and altered when inserted into computer terminals at borders. "The public would not stand for any data encoded on the passport unless it could all be read by the citizen himself," Lawrence says. So now, he recommends the use of a passport that can be read by both an optical scanner and the passport carrier. Yet, this does not eliminate the possibility of unacknowledged monitoring of labeling....

## FUTURE SHOCK?

"It is perhaps a sign of the times that the desire to acquire false identification, and the 'need' to do so, has spread from the ranks of smugglers, mercenaries, and other such international adventurers down to the level of the man in the street," Douglas Casey comments in an article in *Reason* magazine. Without debating the morality of the problem, Casey points out that the number of *detected* passport frauds is rising steadily (with the three types of false documents being (1) forged or altered, (2) stolen, and (3) "alias" passports).

Yet, Casey cautions worried officials that such measures as national ID, mandatory fingerprinting for passports and linkage of birth and death records, might end up being only an exercise in futility: *A rather obvious effect (of such legislation) will be to raise prices, and profits. Although the market for false ID's is "illiquid," with prices varying widely on whatever the market can be made to bear, as of the mid-1970's, $150 might secure a birth certificate, $400 a driver's license, and $2,000 a passport — all minimum figures. A second effect will be to substantially increase the control government has on its citizens — thereby increasing their incentive to commit frauds of the very type it seeks to prevent. Like many official measures, it will be counter-productive even while serving the ulterior motives of its proponents.*

## INTERESTING FACTS

PROCEDURE — If you have never held a U.S. passport or you have one that is more than eight years old, you will have to apply in person. Otherwise, you can obtain Form DSP-82 from a passport agency and apply by mail.



SHARING — A husband and wife can obtain one joint passport if they plan to travel together. A child under the age of 13 can have his own passport or share one with one or both parents or guardians or an older sibling. The older person can apply on behalf of the child, who does not have to appear in person.

APPEARANCE — Although passport photographs must bear a "reasonable likeness" to the applicant, photos of bearded men are usually accepted, whether or not he has a beard when applying. For the ladies, the State Department says that it is "fairly flexible" about the color of a woman applicant's hair.

TWO PASSPORTS — The State Department allows a citizen to possess two valid U.S. passports under certain, special circumstances. "For example, Nigeria will not admit anyone whose passport contains a visa for South Africa. Therefore, if an American plans to visit both countries, he or she can obtain one passport for the Nigerian visa and the other for the South African," according to the *New York Times News Service*. Also, a second passport can be issued because some countries take two or three months or more to process a visa application (while holding on to the passport).

Lead Man, Inspector, System Analyst, Classified Research, or thousands of others. Check the want ads under "Engineers" for really sophisticated titles.

Underneath the company name, in either of the lower corners, you might place a color photograph of yourself (black and white is fine); and then arrange the items of ID information around it in whatever way you prefer. The following list includes the most commonly used personal data. You do not need to use all these items, of course, but those which provide a basic physical description should always be included. If you wish to use more than will fit comfortably on the front, put them on the back of the card.

| | |
|---|---|
| Name | Color of Eyes |
| Address | Color of Hair |
| Marital Status | Scars, Marks, Tattoos |
| Date of Birth | Social Security Number |
| Place of Birth | Race |
| Citizenship | Employee Number |
| Present Age | Thumbprint |
| Height | Blood Type |
| Weight | Signature |

Two additional items might also appear on the reverse side. A print of a finger or a thumb can be inked onto a third or a half of the card with an appropriate caption under or over it. The balance of the back can be taken up either by a notary seal or by some other kind of official-looking seal or stamp. Stamps or seals that say "Registered," "Original," "Certified," "Recorded," etc., can be purchased from most printers. Look in the Yellow Pages under "Stamps" and "Seals" for places which can make special seals to your order. A person can also take ID to a notary, unsigned, and have him put his seal on the card after it is signed in his presence. A one-dollar charge for this is customary.

Some Trippers like the idea of notarization, but hesitate to use a regular notary public. Therefore, certain enterprising persons say they have had their own notary (private) seals made! Even if the seal maker balks at the thought of creating a totally ficititious one, there's still a way to get a seal made anyway, informants claim. A person could go to an established notary and have him notarize anything, making sure the print comes out quite clear. Then he could take the print to a seal maker, explaining that his imprinter device was ruined in a fire, or simply lost, and that a replacement is needed. It would be easier at this point to send in a neat-looking "secretary," who would explain that her "boss" sent her to get the seal replaced. The stamp man will reproduce the seal and put it in a new machine. As soon as the various ID cards are stamped and signed, the notarization (with the real notary's "signature") will provide a very official-looking addition to its appearance.



## NOTARIZATION

Remember, official notaries can be held liable for their mistakes. Therefore, certain situations make some of these vigilant ID inspectors suspicious. Here are some examples:

— Possession of only one piece of ID. (Theory: No really respectable American consumer can survive without a pocket-full of paper.)

— Refusal to provide additional requested ID or reference.

— Strange scratches, blots or other irregularities on a form of ID.

— Suspicious mannerisms or aggressive behavior possibly intended to intimidate or distract the notary.

— A signature which seems inconsistent with a person's physical appearance. For example, a large, husky man presenting ID with a frail-looking signature.

— Insistence that the introduction or verification by another unknown person constitutes proof of identity.

— Insistence on "telephone-call" notarization.

No single identification card provides absolute proof of identity. Thus, ID monitors, such as notaries, go for quantity of ID as well as quality. According to *The National Notary*, a notary "is not seeking one 'ultimate' piece of identification, but a series of items which together will provide substantial proof of an individual's true identity." Some of the items accepted as "proof" of true identity are: driver's licenses, passports, birth certificates, credit cards, and employee ID cards.

Yet, in the final analysis — "if a person is unknown to the Notary, there is absolutely no positive identification that he can present to the Notary to prove his identity. The question of whether a person is known to the Notary or

2. He has a prime source for ordering any business cards, letterheads, etc., that he may require.

3. He pays the lowest possible price for needed materials. Plus, he is entitled to a 25% discount for placing the order with the company.

## CONCLUSION

One final thought on memberships: Always avoid the temptation to pirate someone else's card by altering the name or the numbers. If you decide to acquire some "memberships," obtain your own stock from a legitimate source and then print your own name, numbers and copy. In this way, there will never be any question or doubt regarding the surface of the card. You should never put yourself in any suspicious circumstances. Be right out front and in the open with your ID.

REMEMBER: You are the person the card says you are unless it can be proven otherwise; and no one is going to think of such a thing unless you make them think it. The word is: DO IT RIGHT!

Also, here is another a word of warning. Although *THE PAPER TRIP I* covers virtually the entire range of useful ID, very few persons need more that three or four in each name. Each person must visualize for himself just what kind of person he *needs* to be, and from there, set out to complete his profile by acquiring the most effective paper. It's actually bad to overdo the amount of ID forms, as the most essential element of good ID is *completeness*. Your ID has to "add up" to a reasonable person. Quality in the assortment must come before quantity. Each person has to make his own decision about his particular needs and image. There are no "magic formulas" inasmuch as people and situations vary in their demands for specific ID.

# IX.
# CRUISING THE CREDIT-CARD CIRCUIT

*I've never been hurt by anything
I didn't say.*
—Calvin Coolidge

## THE PLASTIC SOCIETY

Professional ID inevitably includes the full range of credit cards. Although a few companies are beginning to use customer's photos on the card, as a class they generally have no personal ID information whatever. Your name, signature, account number, and the dates between which the card is valid are about as far as they go in providing individual data. The rest is stored in a computer file, based on your original application.

In today's increasingly cashless society, credit cards are becoming the controllable link between people, income, and property. They are immediately accepted for a multitude of specific financial jobs; and in most transactions, they are the only ID required. The *PAPER TRIP* considers them ID and, thus, includes here its own ideas on how to obtain them. What you do with them is, of course, your own business.

The first rule, unquestionably, is DON'T USE SOMEONE ELSE'S CARD!! It's much too dangerous — and illegal as well. It's infinitely better to get the credit card companies themselves to send you their cards — but under the name you choose. The credit companies and banks who issue these cards are very anxious for your trade, and doubly anxious to issue the real card to all those who qualify. So the secret is, obtain your OWN cards, LEGITIMATELY. You do this by studying their brochures and applications to determine more or less what they expect. Even though a new name will have no existing credit record, a $400 minimum deposit at a large bank will put you on the road to a geometrically expanding credit rating. This unbeatable method of obtaining credit is explained in full in *CREDIT!*, from Eden Press, $7.95.

*CREDIT!* also tells how to get all the credit cards you want, how to get out of debt without

applicant's employer, time with employer, ownership or rental of a house, other bank checking and savings accounts, own bank checking and savings accounts and telephone.

However, this logical numerical system (as well as computerized credit-reporting systems) cannot be 100% effective in the face of human ingenuity and creativity. According to experts, such systems are defenseless against a con artist who knows how they work and who can defraud a credit grantor by providing the right kind of wrong answer.

A further note about credit-scoring: Credit bureaus and retailers are moving toward this process in order to avoid possible charges of race or sex discrimination. "For example, a home phone may be worth 10 points, no phone worth two points; living in one part of town 25 points, in another eight..." explains Noel Capon, lecturer at Harvard's Graduate School of Business. Yet, this seemingly objective procedure can be as arbitrary and discriminatory as other methods, Capon says. "One major retailer has already demonstrated that persons whose last names begin with 'B' or 'K' are good risks. On that basis, hair color and left- and right-handedness could be used," he adds.

> *Facts, as such, never settled anything. They are working tools only. It is the implications that can be drawn from facts that count, and to evaluate these requires wisdom and judgment that are unrelated to the computer approach to life.*
> —Clarence Randall

## LEGALLY SPEAKING

Most credit applications can now be handled by mail, which is almost more than you could ask for. Supply the required information, on paper, and they're delighted, too. Once you get your cards, here are a couple of little-known facts worth remembering.

1. When a clerk accepts your card as payment for any merchandise, the title to the goods is then *yours*. Legally, you are paying in full, not requesting a loan. What this means is important. You can now sell, trade, or even borrow against your new property without one word to the credit company. They have extended you credit on the basis of your ability to repay, not on the nature or amount of property you own.

2. In the case of MasterCharge and Visa, you can own as many of these cards, under the *same name*, as there are banks to issue them to you. They must be different banks, however, and not just branches of the same bank. If you qualify at one bank, why not apply at the others as well?

They all want your business. By having four such cards with billing dates a week apart, you can easily get 60 days free credit. Add another four cards and the banks will carry you, free, for 90 days. The trick is in using the card with the most distant billing date, as well as taking advantage of the cards' cash loan features.

HELPFUL BOOK: The most complete description available anywhere of how debtors and "skips" can outwit, even beat, their creditors, is in *HOW TO BEAT THE BILL COLLECTOR*, from Eden Press. No tricks are left unmentioned, some of which skip tracers themselves cannot overcome. Freedom from debt is only a matter of knowing how to go about it; and this book tells how repayment can be completely on *your* terms. (The book is available from Eden Press for $5.)

PROJECT: If you are curious about credit card companies, you can get a copy of *Business Week* magazine (Aug. 11, 1973) and turn to page 120. You'll get a full course in how phony credit cards beat the new detection systems. It's complete with pictures and detailed instructions.

NOTE: The oil companies have all but discontinued use of bank cards at their stations. This has put a kink in the plans of Visa and MasterCharge to convert America into the first cashless society — with their cards, of course. Gasoline purchases were the most-charged items on bank cards, helping make overall use of the cards more attractive (profitable).

## PLASTIC FANTASTIC

Credit is easy to get, so use it. The pretty plastic cards put out by the credit merchants are marvelous, even impressive ID, and can be used in a most exciting manner when you know that YOU are always carrying the last trump, that of taking the Paper Trip. Go by the rules, and there's no way of their distinguishing between real accounts and constructed accounts. Only when you "disappear" does the reality of The Paper Society become apparent to those who push it the most. By then, of course, you will have already been notified that your application for a new account, under a new name, natch, has been enthusiastically approved, and that your new card will be arriving shortly. Same song, second verse....

With credit cards in hand you provide the finishing touches to unquestionably good ID. Credit cards are The Paper Society's ultimate cover of respectability; and the Paper Tripper now knows how to avail himself of their endless bounty.

49