# Exhibit E

# The Ultimate Guides to New Identity



**The Paper Trip I** has become a guiding light to the storm-tossed souls of our "floating" population—those who cannot establish themselves because of some bad aspect of their past, and whose lives are cursed by these modern ills:

* Negative employment references
* Less-than-honorable discharges
* Arrest, jail and prison records
* Bad or unavailable credit

In 14 authoritative chapters you will learn all the professional secrets for creating an entirely new identity. *The Paper Trip I* contains information found nowhere else. *The Paper Trip I* will guide you through amazing loopholes. Only *The Paper Trip I* covers the following topics with its radical perspective:

* Cover an undesirable employment record.
* Change your age, for whatever purpose.
* Make a new name for yourself, and never be detected.
* Cover arrest, jail, or prison records, permanently.
* Disappear for good, for whatever reasons, perfectly.
* Return from exile without detection.
* Change citizenship from one country to another.
* Make the government itself create your new identity.
* Leave bad credit records behind.
* A step-by-step method for assembling a complete package of alternate ID, based on an original birth certificate.
* All the information you need to obtain your documents directly from the government itself.
* How to obtain any kind of supportive card you need.
* Where to obtain commercial ID forms and stock.
* Techniques for actually becoming another person: handwriting, appearance, speech, and more.
* Inside secrets of fingerprinting: faking, altering, and removing.

Too good to be true? Read *The Paper Trip I* and you'll become a believer! Even if you don't need to change your identity or indulge in the more radical techniques, the information is absolutely priceless. Someday you may be very glad indeed that you took the time for *The Paper Trip I*.

88 pages.    #483    $18

**The Paper Trip II** shows you how to create a totally new identity at least 10 different ways. *The Paper Trip II* guides you through all the different methods of changing your name and obtaining new identification. *The Paper Trip II* spells it ALL out for you:

* The laws on fake ID.
* Evading government control of ID.
* Adopting an alias and making it stick.
* Getting tools of the trade for creating your own ID.
* Taking over the ID of another person—safely.
* How changes are made on ID forms.
* Latest developments in the Paper Trip (infant identity).
* How to change your name legally with step-by-step details.
* The laws on legal name change for all fifty states.
* Getting new ID in your new name legally.
* Use one of our forms for changing your name without going to court and still get new, legal ID.
* Best of all, how to disappear by using your legal name change.

The professional advice and specialized information in the *Paper Trip II* can make you the master of your own life, and very quickly too!

* How to create an identity out of thin air and make it work.
* Where to write for birth and death certificates in every state.
* Source of government-issued birth certificates.
* How and where to get "genuine" ID.
* Useful art for do-it-yourself ID.
* Where to get hundreds of stamps and seals.
* Driver's license codes and validations for all states.
* The SOUNDEX System for driver's license numbers.
* Social Security codes by state and by number.
* Creating a Social Security number to match your background.
* Latest methods for getting passports under other names.
* How to enter (return) without a passport as often as you like.
* Details of all the States ID cards (non-driver identification).

Any way you do it, *The Paper Trip II* tells HOW. Everything you need to know is right here, waiting for you to put it to work for you!

88 pages.    #484    $20



## ☑ How to Disappear in America
*Leave the past. Start life over.*

We all think about leaving or "starting life over," but what does it take to *do* it? Maybe you can't stand the people around you, or you're stuck in a job "going nowhere," or worse, you're in an abusive, dangerous relationship. It's not only time to hit the road, you *must* leave!

Written by expert author, Barry Reid (of "Paper Trip" fame), this all-new book spells out every aspect of disappearing in America. For over thirty years Reid has counseled people whose lives required going underground in order to start their lives over safely. You can benefit from their experiences and his practical advice with "how-to" information on everything you need to know:

* Planning your escape.
* Deciding what to take with you.
* Arranging things in advance.
* Fast, safe ways to make money.
* Getting new credit quickly.
* Transitioning into a new ID.
* Best places to live and why.
* Low-profile living techniques.
* Using mail drops properly.
* Establishing a new identity.
* Getting a new SSN.
* Taking kids, if necessary.
* Regaining property left behind.

PLUS hundreds of practical, useful, even "lifesaving" ideas for success in your new life. This inspiring book tells exactly what you need to know, how best to go about it, and what you can expect once you DO decide to disappear in America. Why suffer a miserable "existence" when you can "escape" into an entirely new life? Reid's new book is a detailed roadmap for getting where you *really* want to be!

115 pages.    #999    $20

### "Start Life Over" Combination

This special combination offer will provide you with *all the information you will possibly need* to get a fresh start on life. Combination includes:

* The Paper Trip III - The Master Guide
* How to Disappear in America
* Privacy: How to Get It, How to Enjoy It

All 3 Books - only $55.   YOU SAVE $14!

ALL 3 Books    #501    $55

**ORDER BY PHONE: Toll-Free (800) 338-8484**   or   **SHOP ONLINE: www.EdenPress.com**

# The Paper Trip III - *The Master Guide to New Identity* ³

**The need for new identity has never been greater.**

Big Brother now works with hundreds of privately-owned databases that track and control millions of names in their files, specifically, YOUR name.

Credit bureaus and other reporting services often victimize innocent people as they trade profitably in your "private" information. Identity theft has become an easy game for scammers, thanks to information brokers who gladly sell your records.

Big Brother adds to the abuse by demanding Social Security Numbers, now even on drivers licenses. A new federal law is set to require a "unique health identifier" for all health records. If this law is imposed, Americans will be forced to have a first-ever National ID.



We oppose this Nazi-minded effort to control records by an "I.D. Number." We don't believe Americans want to be "numbered" by ANY government. And we certainly don't want others, public or private, to "know all about us" with just a few keystrokes.

Our solution to these emerging problems is *The Paper Trip III*, your guide to dealing with Big Brother and living the life you really want. The solution is creating alternate identity. *The Paper Trip III* reveals the many secrets of alternate identity and how it can help you:

* Eliminate problems from negative records.
* Avoid complications from others knowing too much about you.
* Create secure, low-profile privacy for yourself and your property.
* Become "invisible" to investigators who want to sue you.
* Start life over safely with new friends, somewhere else.

*The Paper Trip III* helps you create exactly the kind of Alternate Identity you need. *The Paper Trip III* provides methods that are easy to understand, easy to follow and easy to use. You will be amazed at how many ways alternate identity can serve you. Best of all, alternate identity will quickly and effectively put you back in control of your own life.

*The Paper Trip III* offers 15 detailed chapters that explore every aspect of Alternate Identity and how it can work for you:

* Establish ID on Three Levels for maximum privacy and security.
* Use the Three Levels of ID to "compartmentalize" your life.
* Make your records "invisible" and "unknown" to databases.
* How Vital Records offices work. Take advantage of differences.
* Handling mail and telephone with Three Levels of your ID.
* Avoid problems from fingerprints and criminal records.
* Identity theft is easy to do, hard to stop. Protect yourself.
* Obtain a new birth certificate from Vital Records with the name and age you want. You will control your new identity.
* Create new identity using variations among states for issuing drivers licenses and State ID cards. State-by-State comparisons.
* How to live in your new ID: Jobs, Banking, Residence, Education, Medical, Auto, Property, Insurance, Travel, etc.
* Social Security Numbers. How to get a new number-legally. Complete analysis of how the SSN is composed (all digits). How to tell valid SSNs; avoid any "dead" SSNs; create alternate SSNs to match your background. When SSA will make your new number "untraceable."
* The U.S. passport is not always such a great deal. Foreign passports offer advantages, too. Discover new ID beyond the border.
* Do-it-yourself ID: Easy to get. Many options and sources for quick, inexpensive, and convincing, back-up ID.
* Be aware of trends and developments affecting ID. Learn what Big Brother is "thinking" today and possibly doing tomorrow.
* Our exclusive library of Sources and Resources makes paper tripping possible. Read what we read. Stay informed.

*The Paper Trip III* is truly the Master Guide to New Identity. You will be able to take advantage of hundreds of ways to put your new identity into practice without making mistakes.

The unique research in *The Paper Trip III* shows you what to do, how to do it and what to avoid. The very latest information is ready for you to use TODAY!

Let *The Paper Trip III* be your own Master Guide to new possibilities and endless benefits. Order your copy today!

124 pages.       #901       $30

---

☑ **The "New I.D." Combination**

The two best books for obtaining alternative ID from both private and public (government) sources are included in this special combination deal. In these "all-time" bestselling publications, you'll find the latest information and current sources complete with addresses, phone numbers, websites, etc. This is our most popular combination deal. You can't lose with this one!

The "New I.D." Combination includes:

* ID By Mail  (retail $25)
* The Paper Trip III:
  The Master Guide  (retail $30)

YOU SAVE $5!

2 Bestsellers.       #502       $50



**The "Super I.D." Combination**

Now get all three of the best books on getting government-issued I.D. plus *ID by Mail*--the only guide to privately-issued I.D. These books complement each other and provide you with the most complete and comprehensive access to all the I.D. you'll ever need.

The "Super I.D." Combination includes:

* The Paper Trip I (retail $18)
* The Paper Trip II (retail $20)
* The Paper Trip III:
  The Master Guide (retail $30)
* I.D. By Mail  (retail $25)

You get the entire *Paper Trip Series* and *I.D. By Mail* for only $70.

YOU SAVE $23!

All 4 Books.       #504       $70

---

**ORDER BY MAIL:** Use Order Form in back of this catalog. Money Orders, Checks, Visa/Master Card accepted.

████████████████████████████████████████████████

**4**

# New Identity

## ☑ I.D. By Mail



Wanna get an ID? By mail? No questions asked? Here's the place to do your shopping, folks. This unique guide lists all the companies, complete with names and addresses, doing business through the mail. Photographs of their many different products provide an amazing selection.
- Photo ID cards that resemble drivers licenses, State ID cards, Student ID cards, Employee ID, etc.
- Birth certificates, Baptismal certificates, Social Security cards, City ID, and more.
- Badges and police ID, Canadian ID cards, memberships for unions, press clubs, fraternities, etc.
- Do-it-yourself photo ID kits. What kinds are available, sources.
- Diplomas, blank degrees, addresses of diploma mills.
- Sources of ministerial credentials, military certificates, and more.

Here's the perfect complement to our other books on identity.

64 pages.           #678          $25

## Who Are You?



Our good friend, Scott French, offers this exhaustive review of every aspect of personal identification. Learn how to steal and protect any identity, and how to prevent outsiders from infringing on your rights and privacy. Here are hundreds of inside secrets anyone can use to great advantage.
- Get a driver's license even if yours has been suspended.
- Make documents, checks, and great ID on your home computer.
- Where to buy the best fake ID in the world.
- Where to get a "real" birth certificate.
- Make holograms and state seals.
- Ways to get anyone's SSN.
- How credit cards are forged and stolen.
- Get anyone's mother's maiden name.

You will find hundreds more details that explore personal identification and records-information you can use to expand and protect your personal privacy, even to the point of others not knowing who you really are...Very highly recommended.

340 pages.          #970          $30

## How to Change Your Name in California

Divorce, complicated spelling, tricky pronunciation, or just personal preference-any of these is a good reason for a new name. Although rules have changed recently, the procedure is still relatively simple. This new book provides step-by-step instruction and forms you need to:
- Choose a name and make it your own
- Change back to your former name after divorce.
- Change your child's name.
- Get a new or amended birth certificate for you or your child
- Get a new driver's license, Social Security card, and passport.

The new rules and regulations are in response to the Patriot Act and the rise of identity theft. The latest forms and tear-outs are included. NOTE: The procedures illustrated in this book are applicable in other states and the methods for obtaining other documents after the name change are the same.

120 pages.          #645          $30

## The ID Forger—
## Homemade Birth Certificates & Other Documents Explained

Avoid the hassles and dangers of having other people create your ID cards and documents by learning to do it yourself.

*The ID Forger* provides step-by-step details of all the classic and modern high-tech methods of forging the most commonly used ID documents. Also: The uses of homemade documents. Old-fashioned forgery. Birth certificate basics and computer forgery of birth certificates. Drivers licenses and ID card forgery. Social Security cards. Reference letters, transcripts, military documents. Safe uses of forged ID, and more.

85 pages.           #954          $18

## How to Make Driver's Licenses & Other ID on Your Home Computer

This step-by-step manual tells you everything you need to know about making your own ID at home. How to set up shop, download software, and create authentic-looking cards. How to find license templates off the Internet, the best equipment to use, how to change an existing license to suit your needs, how to add holograms and other "anti-counterfeiting" devices. Also covered: printing, cutting, laminating, and how to use the license intelligently.

34 pages.           #953          $16

## Secrets of a Back-Alley ID Man



Producing credible IDs is harder than ever before as the bureaucratic machine proliferates such Orwellian devices as holograms and magnetic swipes to thwart modern desktop technicians. In his latest book, veteran privacy author Sheldon Charrett shows how persistent privacy seekers readily replicate driver's licenses, birth certificates, and other supposedly "secure" identity documents.

In *Secrets of a Back-Alley ID Man* you will learn about the most effective techniques and tricks for IDs, as well as "poor-man's" techniques for those on a tight budget. Charrett also reveals a technique for reproducing holograms that has never before been published by anyone, anywhere, as well as his own previously unpublished technique for making cheap and effective embossing plates for notary and state seals. With more than 50 detailed photographs and a dozen tables and illustrations.

96 pages.           #995          $22

## Methods of Disguise

This exciting new book has been needed for some time. Everyone, at one time or another, has probably considered disguising himself, but the right kind of information just wasn't easily available, and certainly not in one place. This book covers everything from "quick change" methods to long-term permanent disguises.
- A pocket disguise kit you can carry on you at all times and use to change your appearance instantly.
- Best mail-order sources of makeup, wigs, elevator shoes, false moustaches, fake eyeglasses, and other disguises.
- How to disguise yourself so completely even old friends won't recognize you.

More than 130 detailed drawings supplement the easy-to-understand texts. Everything there is to know about disguise now in one handy guide.

142 pages.          #415          $25

## 100 Ways to Disappear and Live Free

Anyone who uses an alternate identity needs to know all the "side effects" as well as ways of using it safely.

Numerous tips on achieving privacy and finding employment--all in a new name.

24 pages.           #482          $7

# New Identity

## ☑ The Modern Identity Changer

How to Create and Use a New Identity for Privacy and Personal Freedom



Here is an all-new book on the art and science of creating new identity. You will find step-by-step instructions on how to go about acquiring a new identity in today's data-drenched society: How to produce and manufacture the documents necessary to support that identity and how to obtain credit, employment and banking privileges for that identity. It's all here, from obtaining a new Social Security Number and driver's license to outwitting Big Brother's bureaucrats, who persistently demand your numbers and data.

Freedom seekers and privacy enthusiasts can maintain a fresh arsenal of information in the war against totalitarianism.

152 pages.  #534  $25

## Reborn Overseas

The formation of the European Common Market has created great opportunities for acquiring new identity. With an identity in any one nation, you can live, work and travel in all twelve: Australia and New Zealand also have much to offer, if you get started now, thanks to Australia's new Tax File Number.

*Reborn Overseas* shows how to get the documents needed for a complete paper identity. Also useful are ways to fake education, employment and credit references so you can blend right into your new home. Why not disappear internationally?

116 pages.  #823  $18

## Where to Write for Birth and Death Records

Here's the only complete directory of all vital records offices, state-by-state, which can process your request for certified copies of birth, death, marriage and divorce records. The complete names, addresses, and fee schedules of the different offices are given, as well as other helpful information on obtaining the records you need. Included also is advice on securing records outside the U.S., and in situations involving U.S. military personnel. A very helpful publication.

24 pages.  #631  $8

## The I.D. Master - Little Known Tactics of Identity Change Professionals

Here it is! All-new information on identity changing from one of the most renowned specialists in the field. In this book you will discover how to:
• Use name-change laws to your advantage,
• Change your identity with the help of police reports,
• Create a usable Social Security number,
• Pass background investigations with a new identity, and which types to avoid,
• Use a "ghost address" to establish new identity,
• Create an education history complete with real transcripts,
• And much, much more!

This top-selling identity book has it all!

136 pages.  #542  $20

## Passports - Applying the Easy Way

Learn how, when, and where to apply for U.S. passports. Complete information on fees and many other useful details.

12 pages.  #187  $4

## DON'T MISS THESE TITLES!

### Cover Your Tracks Without Changing Your Identity
81 pages.  #528  $15

### Social Security Number Fraud - An Investigative Guide
68 pages.  #641  $15

### How to Legally Obtain a Second Passport
164 pages.  #902  $20

### Passport Agents Manual
50 pages.  #481  $13

### Collection and Use of Social Security Numbers
24 pages.  #600  $15

### Consular Anti-Fraud Handbook
128 pages.  #601  $15

### Handbook of Vital Records Information
82 pages.  #480  $15

### Where to Write for Birth and Death Records
24 pages.  #631  $8

### Your SSN Number and Card
2 pages.  #174  $1

For a detailed description of these publications and *many more*—please visit us online at: www.EdenPress.com

## ☑ The Passport Report - How to obtain foreign passports

It is perfectly LEGAL to obtain several foreign passports and citizenships so long as one knows the special rules for their issuance.



This bestseller covers it all: *How to determine what passport suits you best; *How to get two or more passports from your home country; *Eliminating taxes with your second passport; *Indirect routes ("back doors"); *Documents usable in lieu of passports; *Getting passports in alternative identities; *Instant passports and how to get them; *Non-citizen passports, Diplomatic and service passports, Refugee passports, Provisional passports, Honorary passports, *Dual nationality: the problems and benefits, *Extradition: No matter what you did, it needn't affect you; *Best places to live and earn money with your new passport; *Actual case histories detailing exactly how individuals went about securing second passports.

We believe you will find this the most important and potentially valuable report you will ever read.

198 pages.  #915  $40

## Birth Certificate Fraud

Here is an official US government report on birth certificate fraud. Three main topics are discussed:

(1) The wide variety of documents issued and the number of agencies involved in their use create very real problems for officials;

(2) The hundreds of ways birth certificates are used, misused, and sometimes fraudulently abused cost government some $30 billion annually;

(3) Proposals are made for making birth certificates more "secure"; that is, less susceptible to fraudulent use.

Privacy-seekers need to be aware of government attitudes that might affect future options, in particular, those that pertain to the issuance and use of birth certificates. Without condoning criminal activity, we maintain there are many perfectly legitimate reasons why individuals may at some time need to adopt new identities. This report illustrates potential "pitfall" situations individuals should take into account. Latest information available on this vital subject.

32 pages.  #665  $13

**ORDER BY MAIL:** Use Order Form in back of this catalog. Money Orders, Checks, Visa/Master Card accepted.

**6**

# Debts & Bankruptcy

## Bankruptcy for Profit

If you ever wondered how some people "get away with it" through bankruptcy, this new report tells how and why. Dozens of scenarios are detailed using the federal bankruptcy laws as the means by which debts are wiped out, and assets and income are preserved.

Obviously planning is involved, but for those who don't wait for the wolf to come to the door, bankruptcy can effectively put their financial lives in better shape than before. Even the "threat" of bankruptcy can be a useful way to deal with unreasonable lenders, and the results just as satisfying. Bankruptcy is indeed a great tool, and here's how to use it. Worth at least $1,000 in legal advice.

18 pages        #835        $10

## How to Beat the Bill Collector

In any sport, the object is to beat the opponent. Similarly, in most financial dealings the same rule holds true. In order to beat the bill collector, the debtor must demonstrate skill and cunning. He must know the right maneuvers and have the ability to anticipate the competition's next clever move. The main action is a battle of wits, with each opponent trying to force the other to concede the game.

*How to Beat the Bill Collector* has scores of tips, tactics and insights for helping debtors become winners!

48 pages        #478        $5

## How to Say Good-Bye to Debt Forever

Good times or bad, wealth eludes most people, not because they make too little money, but because they keep too little. With this book you'll learn easy ways to uncover hidden sources of cash, which in turn you can use to create an investment account generating thousands more.

With these take-charge strategies you'll be able to:
• Turn a huge chunk of your monthly salary into an investment account.
• Burn your mortgage years sooner than you expected.
• Lower your cost of living and credit card debt forever.
• Use proven strategies to save money, which in turn will allow you to live a life of financial freedom.

This book offers scores of clever ideas and plans for making your financial future secure and prosperous.

60 pages        #834        $15

## The New Bankruptcy - Will It Work for You?

Bankruptcy laws have changed, and the new rules for filing are more complicated. Filers have to deal with new paperwork, eligibility rules, mandatory counseling and more. The reasons people have to file haven't changed, but this all-new book does provide clear-cut answers, information and strategies for eliminating overwhelming debts. Find out:
• If you qualify for Chapter 7 bankruptcy.
• How Chapter 13 plans work.
• Which debts are wiped out.
• How bankruptcy affects homeowners.
• If you can keep cars and property.
• How bankruptcy affects credit.
• Other ways to handle debt problems.

Also included are helpful checklists, sample forms, and easy-to-use legal charts for all 50 states. Here's all you need to know, written in plain English. Get started today!

250 pages        #549        $24

## How to Avoid Foreclosure

Explains how homeowners with FHA-insured mortgages can avoid losing their homes and ruining their credit because of missed payments.

5 pages        #177        $3

## Wealth & Asset Protection Strategies

Learn how to legally protect your wealth from lawsuits by using domestic and offshore techniques.

The following topics are covered in simple, concise, and easy-to-understand language: •Offshore and domestic asset protection; •Living trusts; Foreign corporations; •Bank secrecy & privacy; Tax planning benefits; •Lawsuit protection; •Comprehensive estate planning; •Liquidity structuring using Nevada corporations; •Limited liability companies; •Family limited partnerships; and much, much, more.

102 pages        #987        $10

## Obtaining Credit: Fast & Easy

This book fully explains just how easy credit can be obtained using these proven credit secrets, including sample forms, dispute letters and the names and addresses of over 100 banks in all 50 states who will issue credit cards to people who are normally turned down by most banks. Even in these difficult times, you can get the credit you deserve!

43 pages        #768        $14

## How to Do Your Own Debt Consolidation and Reduce Your Monthly Payments

A concise report on exactly what you must do to get control over your bills (and your creditors) so you can "breathe again." How to use your checking account as a tool, how to deal with payments that are too high, how to get your creditors to cooperate willingly with reduced payments, etc. If you need help in the debt department, here it is.

11 pages        #776        $10

## How *Not* to Pay Your Bill Collectors

In the author's own words, this eye-opening guide is a "Handbook for Scoundrels." While we do not condone nonpayment of just debts, we can't resist his humorous justifications for turning the tables on bill collectors. A.J. Hunnicutt, a self-professed pro at beating creditors for millions, explores all phases of his "game".
• Using time to your full advantage.
• How to confound computers.
• How to evade service.
• Why to dispense with lawyers.
• Correct use of effective tactics: Denial, Confusion, Promises, and Part-Payment.
• How to create a counter-claim.
• Stalking bank managers.

In all, 24 chapters of wily, inside advice from a master bill-avoider. Even though his techniques go far beyond what most people would consider "fair," it helps to know just how far you can push if some unprincipled collector is trying to shove it to you. Why not learn all the rules to the debt game, the ones they don't teach in school?

104 pages        #669        $16

## The Family Limited Partnership

This versatile business entity is now a powerful tool for personal and business privacy:
• It can help protect your wealth from frivolous or vengeful lawsuits, not to mention absurd liability claims.
• It can help reduce your income tax liability.
• In estate planning it can help you avoid inheritance taxes.
• In asset protection it can allow you to keep 100% control of your assets while at the same time placing them beyond the reach of creditors.

This report details the above advantages and discusses how such partnerships can be easily formed and operated. Protect your wealth today with this comprehensive report!

11 pages        #787        $10

---

**ORDER BY PHONE:** Toll-Free (800) 338-8484   or   **SHOP ONLINE:** www.EdenPress.com

# The Credit Department

## How to Start a New Credit File
### (And Leave Your Bad Credit Behind)

The very latest guide to creating a new credit file with a brand new number. Leave bad credit references to the past, and start a new life with new credit in a matter of weeks. This is not credit repair, but a totally new way to create a new credit file from scratch. IT CAN BE DONE! Full details guide you every step of the way, and explain exactly what you are doing and why.

Don't wait years for negative items to come off your credit report. This new method will have you back in the driver's seat with banks and credit card companies faster than you could have ever thought possible. *How to Start a New Credit File* offers you the chance to enjoy clean credit once again. Everything you need to know is spelled out in clear, detailed directions.

45 pages.          #65          $30

## Credit!

In 12 concise, easy-to-follow chapters *Credit!* examines in full detail: How to receive all the credit cards you want. How to obtain almost unlimited consumer credit. How to control collection tactics used against you. How to get out of debt without going bankrupt. What's in your credit file. Clearing bad credit. Clever credit maneuvers & negotiations.

*Credit!* is the most complete and helpful guide on this important subject we've seen.

48 pages.          #476          $15

## Choosing a Credit Card

Compare the features and costs, and learn your liability limits when using a credit card. Covers what to do if there is a billing error or other problem with your card.

20 pages.          #186          $3

## Credit Matters

How to qualify for credit, keep a good credit history, and protect your credit once you have it...Everything you need to know!

2 pages.          #182          $2

## Your Credit Scores

Learn why your credit score matters, what good and bad scores are, the elements of your FICO score, and how you can raise your score.

5 pages.          #176          $3

## Guide to Business Credit for Women, Minorities & Small Businesses

Discover what loans are available, how the credit approval process works, and your legal rights and special opportunities.

12 pages.          #179          $5

## Quick & Legal Credit Repair

Bad credit can damage your chances of qualifying for a credit card, a mortgage, even a job. But your credit can always be improved, and the sooner the better. *Quick & Legal Credit Repair* provides simple and effective strategies for getting out of debt, setting up a realistic budget and rebuilding your credit:

• Understand how the three major credit bureaus work.
• Take action against credit bureaus that do not remove incorrect data.
• Get positive information added.
• Apply for secured credit.
• Negotiate with credit bureaus to get negative data removed.

*Quick & Legal Credit Repair* contains all the worksheets and sample letters you will need to build a solid credit history. You CAN do it yourself!

200 pages.          #497          $30

## ☑ The Complete Credit Book

Whether you've never had credit, have ruined your good credit, been bankrupt, divorced, unemployed, unable to get loans and credit cards, bothered by bill collectors, laughed at by your banker, or worse...whatever your credit history, you CAN straighten out your credit problems virtually overnight! Here are all the credit secrets you need:

• Bill paying tricks that will get you back on your feet financially.
• A simple fail-safe plan to build up your credit no matter what shape it's in.
• Little known tricks that will let you borrow to pay off your bills.
• What special steps to take so that banks and credit card companies will be begging to give you credit!

Over 50,000 words telling exactly what you need to win the credit game.

176 pages.          #928          $20

## The "New Credit" Combination

Take advantage of every trick in the credit world to erase bad credit, improve your credit rating, obtain virtually unlimited credit, even starting with a brand new credit file. YES, it can be done!

This combination offer includes the following titles:

• How to Start a New Credit File
• Credit!
• Credit Improvement and Credit Cards
• The Complete Credit Book

ALL 4 Books for only $65. You Save $25!

ALL 4 Books          #511          $65

## The Insider's Guide to Credit Cards

If you're looking for the best deal in obtaining credit cards, this new and comprehensive directory will lead you to it. Thoroughly researched and easy to use, *The Insider's Guide to Credit Cards* details everything you need to know to find the card and bank best for you:

• Banks with lowest interest rates.
• Cards with no annual fees.
• Cash rebate cards better than Discover.
• Cards that offer Frequent Flier miles.
• Sports teams and other "affinity" cards.
• Requirement for "Gold" cards.
• Secured cards in cases of bad credit.
• Getting your application approved.
• Step-by-step instructions for getting multiple cards (and thus generating greatly increased levels of credit)—legally.
• Toll-free numbers/addresses for all applications.

Here's the fastest way we know to obtain over $100,000 in personal, unsecured credit—almost overnight!

71 pages.          #605          $30

## Credit Improvement & Credit Cards

Do you need to establish credit? Do your credit reports carry negative items? Need credit repair? Want multiple credit cards? If you currently face a credit problem, you're not alone. One out of four people today DO have credit problems! With this new program you can become your own credit consultant in one evening, and get back on the road with clean credit.

• How credit repair agencies clean up credit reports.
• Example dispute cycle used by some repair services.
• Seven different sample dispute formats.
• Obtaining copies of credit reports.
• Credit scoring; secured credit cards.
• Credit cards with low interest.

112 pages.          #673          $25

## Don't Be a Victim of Loan Fraud

Be smart when buying or refinancing a home. Use these 11 tips to learn more about predatory lending, recognize tactics that predators use, identify warning signs of fraud, and much more.

5 pages.          #175          $3

## Building a Better Credit Record

Learn how to legally improve your credit report, how to deal with debt, how to spot credit-related scams, and more.

16 pages.          #192          $5

8

# Privacy

## Privacy –
## How to Get It, How to Enjoy It



Here's a superb guide to total personal privacy. Learn to create your own privacy in "problem areas" such as: Mail and telephone; Your actual address; Bank accounts and Finances; Cars, Travel Possessions, Health; Personal relations; Education records, Taxes, etc.

In 28 brilliant chapters *Privacy* details hundreds of practical solutions. No matter what your circumstances, you can increase your privacy, even to the point of virtually "disappearing." Here are a few of the subjects covered:
• Keeping your finances secret.
• Low profile, low budget living.
• Using codes for mail, mail drops.
• Use of multiple addresses.
• Avoiding banks, checks.
• Generating quick cash-fast.
• Adopting new roles, identities.
• Nomadic living, hideouts.
• Quit paying taxes-legally.

The author, Bill Kaysing, long ago "left the system" and has been a happy camper ever since. Witty, convincing, and inspiring, *Privacy* will open new possibilities for you to begin enjoying life on YOUR terms.
88 pages.          #400          $20

## The Big Book of Secret Hiding Places

This new book is by far the most detailed and complete description of concealment of physical objects ever printed. Here's how to hide your possessions so they just won't be found. Topics covered:
• Hiding places in the home.
• Hiding places on your person.
• Hiding places in automobiles.
• Types and intensity of searches.
• Tools and techniques used by searchers.
• Two sure ways to foil dogs.
• Things to consider when choosing hiding places.
• Concealing weapons.

So what do you have to hide? There are four basic categories of items people like to hide: Illegal items; survival gear, secret items, and very valuable items. We ALL have something to hide, or would like to hide, which is why this comprehensive new book is so very useful. More than 100 illustrations.
128 pages.          #632          $18

## 100 Ways to Disappear and Live Free

Anyone who uses an alternate identity needs to know all the "side effects" as well as ways of using it safely. Numerous tips provided on achieving privacy and finding employment-all in a new name.
24 pages.          #482          $7

## How to Hide Anything

With little effort and expense, you can hide cash, guns, even family members right in your own home or yard. Here is a complete guide for constructing dozens of hiding places, from small to very large. Over 100 drawings illustrate how to convert ordinary items into extraordinary hiding places. This book will inspire you to begin creating your own physical privacy through clever disguise and camouflage, right under the eyes of those who would most want to invade it. If you have anything to hide this book is for you!
120 pages.          #413          $16

## Are You Now, or Have You Ever Been in the FBI Files?

Here is a one-of-a-kind, complete manual on how to obtain and understand files collected by the FBI. The complicated FBI records system is thoroughly explained with numerous illustrations and a glossary of agency terms and abbreviations. There are complete instructions and sample letters for making requests and appeals.

Years of dealing with the FBI went into the preparation of this amazing book. The authors have distilled their findings into an immediately useful and practical method for you to secure and interpret their own FBI files. We regard this book as a great contribution to the effort of bringing bureaucracy into public light.
227 pages.          #403          $15

## The Social Security Number (SSN) Guide

If you want to find out if any Social Security Number is valid, this guide will give you the answer. This guide also identifies the year and state of issue, an obvious clue for when and where someone obtained the SSN. Easy-to-use tables illustrate states of issue and sequences for issuance of Social Security Numbers.

In thirty minutes of reading you will get all the information you need from this guide. (You could also wait in line at a Social Security office for this information, but the problem is they just won't give it to you!)
20 pages.          #434          $11

## ☑ The Eden Directory of Private Maildrops

A confidential mailing address is a superior way to begin increasing your personal privacy. Very few people really need to know where you actually live, so why advertise the fact with every piece of mail you send out? There are actually many good reasons for using a mail drop:
• Carry on secret correspondence.
• Conduct business under other names.
• Hide personal mail from snooping neighbors/employees/spouses.
• Avoid theft of magazines/boxes/etc. in apartments and hotels.
• Hide residence address from snoops and dangerous types.
• Instant privacy for divorces, bankruptcies, lawsuits, etc.

The most complete source for finding a maildrop anywhere in the world is in a new directory. Almost 3,000 services, more than 1,500 U.S. cities and over 1,400 services located in 90 foreign countries, give you the ultimate options you need to arrange privacy for your communications and other needs.

Mail drops CAN be very instrumental in creating personal privacy. *The Eden Directory* offers you the widest selection available anywhere.
90 pages.          #681          $20

## The Worldwide Maildrop Guide

Create security and privacy for all your communications by using a professional maildrop—anywhere in the world. More than simply alternative addresses, these 140 well-established mail services offer high-level "fringe benefits" that can make your life as private as you want.

You will be able to arrange whatever privacy services you require from these cooperative, English-speaking providers. They recognize that YOU are the customer, not Big Brother. Included are complete descriptions of all services offered as well as all contact data. And they won't be asking for your ID, either…
120 pages.          #990          $20

## The Postal Mail Cover

*The Postal Mail Cover* details all the nasty things government snoops can do to your mail and what you can do about it.
36 pages.          #402          $12

## Clarkson's No Checks

This classic publication covers every aspect of conducting your life and business without using a checking account. Author/attorney Robert B. Clarkson maintains that having a checking account is tantamount to providing the government with a signed blank check on your financial resources. He shows just how to "recycle" checks that are paid to you, so that your name "disappears" from bank records. Clarkson offers genuine privacy techniques which can be used immediately. Clever and practical.
38 pages. #700 $12

## Tax-Wise Way to Wealth

Discover all the clever ways you can take advantage of the tax laws to save money, even make money. Rather than assume taxes are inevitable and unavoidable, use some of these perfectly legal strategies to reduce your taxes and increase your wealth significantly. Topics include: Your home. Buy a farm. Reverse mortgages. Deductible college expense. Little-known medical deductions. Avoiding penalties for underpayment. Legitimate foreign tax havens. Tax-deferred annuities. Income shifting, and more.
38 pages. #780 $15

## Consumer Guide to Check 21 and Substitute Checks

A new law, Check 21, allows banks to send you "substitute checks" in place of your original cancelled checks. Find out your rights in case there are "problems."
2 pages. #181 $2

## The Wealth Accumulation Trust: You Don't Have to Leave the Country to Find a Tax Haven

This special report will acquaint you with the near magical possibilities of a tax-saving, income-producing legal device known as a Charitable "trust" or "CRT." These trusts are also known as "life income" and "wealth accumulation" trusts.

This report will let you "Sell" appreciated assets without capital gains tax; *Establish a private pension plan; *Maximize returns through tax-free compounding; *Minimize or eliminate estate taxes; and *Transfer wealth to your heirs free of any taxes.

Complete with IRS citations, this new report details the specific considerations and benefits that may make a "CRT" your preferred choice for wealth preservation and financial privacy.
46 pages. #833 $15

## Electronic Banking

Learn more about electronic transactions such as debit cards and online account access. Tells how transactions are processed, their timing, security, and your legal protections.
5 pages. #180 $3

## Living Trust Offers: Make sure they're "trust-worthy"

Find out if living trusts are right for you and how to protect yourself from scams when planning your estate.
2 pages. #188 $2

## Identity Theft and Your Social Security Number

Someone illegally using your Social Security number can steal your financial identity and your money. Learn how to prevent identity theft, how to report it if you suspect it, and how to get a new Social Security number if you are a victim.
8 pages. #193 $4

## Consumer Handbook to Credit Protection Laws

This guide explains how consumer credit laws can help you shop for credit, apply for it, keep your credit standing, and deal with credit reporting agencies.
44 pages. #185 $5

## Planning Your Estate

Detailed information on how to estimate the size of your estate, minimize taxes, and provide for your heirs.
10 pages. #195 $5

## The Privacy White Papers

This new series of reports covers scores of privacy-related financial questions whose answers can provide a protective veil of security and privacy for your financial affairs. You'll learn how to:
* Borrow money without disclosing your SSN.
* Relocate funds outside the US without reporting the transfer to the IRS - legally.
* Store precious metals in such a way as to avoid future government confiscation.
* Exploit private ways to repatriate funds.
This series of reports offers the practical answers you need for the financial privacy you deserve.
40 pages. #815 $25

## Disinherit the I.R.S.

The scores of ways to minimize estate taxes, all clearly defined and explained. Insurance, gifts, trusts, partnerships, installment sales, even adoption.
23 pages. #54 $10

## ☑ The Eden Guide to Complete Financial Privacy

You may think you have "nothing to hide," but in today's world of thieves, con men, greedy relatives, and worse, it doesn't take much show of wealth or comfortable lifestyle to excite envy in your potential enemies. Personal and financial affairs are under attack from all sides, and you must take the initiative to keep your assets from being taxed, sued or stolen.

The Eden Guide to Complete Financial Privacy will show you how to:
* Reduce your financial visibility.
* Keep bank accounts more private.
* Set up secret foreign accounts-legally.
* Become a private investor.
* Hide behind commercial names.
* Create a "mainstream identity" that will deflect outside interest in your finances.
* Consider practical offshore options in investments, residence, even citizenship.
200 pages. #675 $25

## Electronic Check Conversion

Merchants can use the information from your checks to withdraw money directly from your bank account. Know your rights when it comes to electronic check conversion and how to resolve problems.
2 pages. #183 $2

## Self-Liquidating (Arbitrage) Loans

This new book details all the fine points of just what these loans are and how you can make them work for you. It also spells out the many pitfalls and con games associated with these moneymakers. Note: they are not as easy as the con men say they are to put together, but they CAN be made—and they are legal. You will learn more about self-liquidating loans in this report than most financial professionals know after years of experience.
28 pages. #774 $25

## ID Theft: What's It All About?

Thieves can steal your personal information and use it to commit fraud for long periods without your knowledge. Here's how to protect yourself, and what to do if you are a victim.
18 pages. #184 $5

## Legalities and Tax Advantages in a Home Business

This report shows you how to avoid local authority legal problems, and get the best tax advantages for your home business.
12 pages. #205 $5

**ORDER BY MAIL:** Use Order Form in back of this catalog. Money Orders, Checks, Visa/Master Card accepted.

# Financial Privacy

## How to Open a Foreign Bank Account Close to Home

Why should you invest offshore?
* The collapsing U.S. banking system.
* The plunge of the U.S. dollar.
* Investment opportunities overseas.
* Asset protection from litigation.
* Possible tax advantages.
* Safer banks, more privacy.
* Decline in U.S. financial privacy.
* Predatory seizure practices of numerous government agencies.

Already, U.S. corporations are moving $500 million each month to foreign banks (do they know something we don't?).

This report analyzes the types of accounts offered by foreign banks, and provides step-by-step instructions for opening your own offshore bank account. The addresses of dozens of tax haven banks worldwide are listed, as well as practical advice for conducting your banking affairs offshore.
39 pages.          #757          $29

## How to Open a Tax-Free Swiss Money Market Account

For safety in banking it's hard to beat the Swiss. Now there are some new advantages in an account known as BANKSWISS, offered by Ueberseebank. Besides the security of a traditional Swiss savings account, the BANKSWISS offers money market interest rates, has no 35% Swiss withholding tax and can provide an international debit card for accounts over US $50,000. Complete application forms with instructions are included with this report. The BANKSWISS account can be a perfect "parking lot" for funds which can be used for any global funds or whatever specific investments you choose.
31 pages.          #786          $15

## The Limited Liability Company

This relatively new business entity is a hybrid between the partnership and the corporation. It has all the flexibility of a partnership, yet can enjoy the limited liability typical of a corporation.

Many states now recognize the LLC, and the IRS has defined tax regulations pertaining to it. The LLC also avoids the statutory restrictions of the Subchapter S corporation. Businesses which might best consider the LLC form are venture capital/investment firms, family businesses, entrepreneurial start-ups, and professional corporations. This new reports presents the LLC clearly and authoritatively.
10 pages.          #788          $10

## Wealth & Asset Protection Strategies

Despite success in your business or career, one frivolous lawsuit can take it all away! You can protect yourself with LEGAL methods to shield your assets from lawsuits and creditors. Asset protection is not restricted to the wealthy, but should be considered by anyone with a family, business, or property.



Learn how to legally protect your wealth from lawsuits by using domestic and offshore techniques developed and presented by respected attorney, CPA, Steven Sears.

The following topics are covered in simple, concise, and easy-to-understand language: *Offshore and domestic asset protection; *Living trusts; *Foreign corporations; *Bank secrecy & privacy; *Private banking; Tax planning benefits; *Lawsuit protection; *Comprehensive estate planning; *Liquidity structuring using Nevada corporations; *Limited liability companies; *Family limited partnerships; and more.
102 pages.          #987          $10

## How to Invest in Gold - And Why You Want To

Opportunities explored include: physical gold (bars, coins); certificates for privacy; accumulation plans; contracts; options; mining stocks; mutual funds; new IRS rules; Swiss GoldPlan accounts; and more.
41 pages.          #50          $15

## Travel-Trailer Homesteading - Under $5,000

Tired of paying rent? Want the security of owning your own home? Then it's time to declare your financial independence by using the plans in this new book!

For very little money, you can enjoy a more independent and self-sufficient lifestyle. By following the author's many informative tips you'll be able to purchase a suitable piece of land, acquire a travel-trailer or RV to use as shelter, and make the necessary improvements to provide all the comforts of homeownership. Power supply, septic system, refrigeration, water and heat can all be arranged for very little money if done right. Two dozen photos and illustrations show you how! Here's a great alternative that can also provide real personal privacy.
86 pages.          #843          $20

## Nevada as Your Corporate Home

The state of Nevada has the best corporate laws in the U.S., including the lowest rate of taxation and the highest degree of privacy. Asset protection and freedom from harassing lawsuits make having your business base in Nevada even more attractive. Nevada has NO TAXES on: corporate income, personal income, corporate shares of succession. Corporate stockholders and directors are NOT required to be U.S. citizens, do not have to live or hold meetings in Nevada, and all officers and directors can be one person.

This completely detailed report covers all the advantages and opportunities a Nevada corporation can provide. This is truly a company owner's paradise, offering the maximum of personal and corporate freedom, privacy for corporate affairs and protection from nosey types and lawsuit-hungry lawyers. Professional references are provided for your convenience.
19 pages.          #932          $10

## How to Cut Your Property Taxes

Challenging & reducing assessments. Using exemptions, outside appraisers. Appeals. Using easements. Ways property owners can legally get taxes reduced.
22 pages.          #53          $10

## Form Your Own Corporation

If you're thinking about incorporating your business, this report will give you the fine points to consider and detail the many advantages only a corporation can provide.
16 pages.          #782          $10

## The Complete Tax Audit Guide

The IRS is always a force to be reckoned with, and the possibility of a tax audit exists for all taxpayers. How to deal with an IRS audit, responsibly and effectively, is the purpose of this guide, which covers in great detail:
* The basics of audits.
* How to get audit results reversed.
* How to take your case to Tax Court.
* Dealing with the new IRS posture.
* How to protect yourself from the coming IRS crackdown.
* If you can't afford to pay...
* Your new rights as a taxpayer.
* And much, much more!

This new guide answers many of the most pressing questions about IRS audits. Don't let the IRS take advantage of you. Get informed!
48 pages.          #784          $15

ORDER BY PHONE: Toll Free (800) 338-8484

# Offshore Privacy & Opportunities

## The Offshore Trust Loophole

How offshore trusts can provide asset protection from creditors as well as privacy, estate planning, and channels for international investing and diversification. Tax angles are detailed clearly.
22 pages.          #49          $12

## How to Legally Hide Your Money in Switzerland

Protect your assets, the Swiss way. Latest status of banking and financial privacy in Switzerland. Private accounts that remain unavailable to U.S. authorities.
29 pages.          #35          $10

## Passports to Privacy Legal Foreign Passports

All the angles and considerations for obtaining passports from other countries. Rules, special programs, exceptions, limitations, and advantages of possessing a non-US passport. Privacy as well as business opportunities make these passports attractive, and many countries are willing to oblige.

(NOTE: Having a foreign passport does NOT jeopardize US citizenship only with formal renunciation.) A very complete report. Over 22 programs are detailed. Abroad, your passport is your ID.
87 pages.          #45          $25

## The Secrets of Offshore Investing

The best reason for investing offshore is diversification, which translates into far greater choices and potential for growth and profits. This new report by Adam Starchild explores the many ways and reasons offshore investing offers so much to investors. All of the topics are covered here!
65 pages.          #783          $20

## The Irish Advantage

A complete report on Ireland as a haven for business, taxes, citizenship, and retirement. Also included are references for seeking Irish real estate (cheap!) This country wants business people like you to set up shop. A great opportunity!
27 pages.          #40          $15

## The Golden Door to Retirement and Living in Costa Rica

Updated, detailed guide to the good life in Costa Rica. Live for less than $30 a day. Investing. Where to live. Affordable medical care. Business. Property. And all the do's and don'ts of living in Costa Rica.
172 pages.          #524          $30

## ☑ Banking in Silence

Financial freedom-seekers are discovering all new opportunities for safety, privacy, and profit in *Banking in Silence*. This bestselling book by Dr. W.G. Hill covers:
• How to open a ghost (fictitious name) account strictly by mail.
• Beat the bureaucrats by creating fake paper trails; warning signals that tell you're being followed.
• Repatriate money by borrowing against it; avoid taxes.
• Use foreign mutual funds for minimal exposure.
• Use the Impress Account, an offshore checking account where someone else pays all your bills, keeping your name out of the transactions.
• An offshore savings account which earns 13% per year tax free, with no currency risk.
329 pages.          #917          $50

## ☑ The Passport Report

Most countries have well-established, but little-known, procedures for issuing passports under circumstances which most observers would regard as loopholes. It is knowledge of these exceptions which allows intrepid individuals to obtain multiple foreign passports, and thus choose the countries most suitable for their purposes. Put another way, it is perfectly LEGAL to obtain several foreign passports and citizenships so long as one knows the special rules for their issuance. Why entrust your life and your freedom to any one government?
198 pages.          #915          $40

## ☑ PT (Perpetual Traveler)

The ultimate way to avoid government control of your life and your property is to become invisible. Ideally, you should never belong to any one government. Big Brother should never know who your are, where you live, how you make your money, where you keep your assets, and perhaps most important, where you like to "play."

The philosophy behind these ideals is to become a "PT," that is, a Perpetual Tourist. To succeed as a PT you will compartmentalize your life under these FIVE FLAGS: (1) *Passport and Citizenship*, (2) *Business Base*, (3) *Domicile*, (4) *Asset Haven*, and (5) *Playgrounds*.

Multi-millionaire author, Dr. W.G. Hill, details with fascinating case histories and personal anecdotes how he has made—and keeps—both his freedom and his money.
274 pages.          #916          $40

## PT 2: The Practice

W.G. Hill continues with hundreds of ways to put your PT options into practice. His ultimate privacy tactics include living tax-free; using offshore no-name accounts; transferring cash across borders; using foreign mail services, untraced credit cards, encryption programs for sensitive data, virtual telephone numbers, and scores of other clever, little-known tactics.
262 pages.          #918          $10

## Tips and Traps of Going Global

An international trust banker with a worldwide clientele offers this treasure chest of global wisdom gained from over 20 years active practice. Easy to read and absorb, these tips and traps include building a global nest egg safely and profitably, controlling your affairs from a distance, selecting an effective "dream team" of advisors and facilitators, allocating your assets, maximizing your privacy, and avoiding "funny money" schemes. Essential reading for the entire PT crowd.
119 pages.          #926          $15

## Live Tax-Free in Canada

This all-new book reveals the secret solutions and strategies that successful expatriates use to live happily in tax-friendly Canada. You, too, can enjoy a higher standard of living, better healthcare, less crime, a better way of life, and the opportunity to enjoy years of generating income without paying taxes.

Moving to Canada offers you unlimited opportunities for personal and financial freedom. *Live Tax-Free in Canada* will show you the many exciting secrets, solutions, and strategies that will work for you!
87 pages.          #866          $20

**ORDER BY MAIL:** Use Order Form in back of this catalog. Money Orders, Checks, Visa/Master Card accepted.

12

# Dealing with "The Law"

## How to Use the Freedom of Information Act & Privacy Act of 1974

In the renewed age of "Big Brother," find out just what government agencies have in their files about you, your activities, your associations and anything else some snoopy investigator found "of interest." It's not always easy dealing with government bureaucracies, but this definitive guide spells out the quick-and-easy of getting directly to your targets of inquiry.

The task is made manageable by a step-by-step presentation, from initial letters (samples included) to appeal forms (samples also provided). Details on fees that can be charged, as well as the names, addresses, and telephone numbers of various federal agencies are given. Everything you need to know is spelled out in clear, understandable language. Know your rights, and use the law to your advantage. This book can help!
60 pages.              #640              $11

## The Drug Screen Manual

People lose jobs, pensions and benefits every day because of false positive drug tests. Don't let it happen to you! Even though drug detection technology has advanced in recent years, inaccurate test results are still far too common.

This detailed manual offers factual information on the types of tests used, the ways samples can be altered to produce false results, how test results are classified, the various drugs tested for, and what factors can skew results for each.

Protect yourself from the perils of drug testing with this authoritative manual.
64 pages.              #977              $18

## Consumer Handbook to Credit Protection Laws

This guide explains how consumer credit laws can help you shop for credit, apply for it, keep your credit standing, and deal with credit reporting agencies.
44 pages.              #185              $5

## Consumer Action Handbook

Get help fast for consumer problems and complaints. Find consumer contacts at hundreds of companies, trade associations, government agencies at all levels, as well as national consumer organizations. Get results!
172 pages.              #170              $7

## How to Clear Your Criminal Record

This bestselling book takes you through all the steps necessary to clear your record—anywhere. Completely detailed, you can do all the work yourself, without an attorney (most don't know how to do this, anyway).
• Find out what's in your record;
• What to do if your FBI report is wrong;
• Apply for clemency;
• Proven methods to get a pardon; and
• What to do after your record has been cleared.

It's all perfectly legal and can be done by anyone. All letters and forms needed are included. You can complete the job yourself—discreetly, simply, and cheaply.

Don't let a "criminal record" hold you back!
158 pages.              #829              $20

## Clean Slate: The New Laws

Ever been arrested? Convicted? Had to do time? If so, you probably still have nagging doubts about your legal status in our "free" society.

Seeking a better job, applying for bonding, taking a lie detector test, even getting involved in public affairs can all be situations that create terror in the hearts of any of the 40 million Americans who have had a "brush with the law." This needn't occur, of course, but plain ignorance keeps untold millions from enjoying advantages they fear are forever denied them.

In *Clean Slate* you'll find the most up-to-date source for discovering what these new laws provide and where they can be found. A state-by-state analysis is provided.

Don't let your past keep you from future opportunities.
188 pages.              #621              $25

## The Art and Science of Money Laundering

Written by a certified fraud examiner and former U.S. Secret Service agent, this authoritative book shows how the world's best money movers evade the most sophisticated detection measures. Includes an inside look at the countermeasures used by U.S. and international law enforcement agencies used to detect and stop this "illegal" flow of money. Their secrets can be yours.
208 pages.              #979              $25

## Immigration & U.S. Citizenship

### Beyond the Law: A U.S. Citizen's Guide to Extradition

Here's the book we've been waiting for! All about extradition: when it's sought, how, and what countries cooperate. Most valuable: all the countries that DON'T. A complete listing is provided. This book will provide you with the answers you need.
54 pages.              #38              $20

### How to Immigrate to Israel and Get Instant Citizenship

This report provides complete details on the Law of Return and other programs that make immigration a relatively simple matter.
11 pages.              #43              $10

### Foreign Entry Requirements For All Countries

This complete listing tells exactly what you will need to visit any country in the world. Passports, visas, immunizations, AIDS/HIV testing, travel fees, and any other requirements you should know about. US addresses and many telephone numbers, for all appropriate embassies and consulates are provided. Know (all you need) before you go.
20 pages.              #966              $10

### Naturalization Requirements & General Information

We offer this government publication since many of our readers have expressed interest in becoming U.S. citizens.

This is the official word on all the rules and requirements a person needs to qualify, and apply for, U.S. citizenship. Anyone seeking U.S. citizenship should be aware of any and all qualifications that might affect his decision, and they are detailed clearly in this complete and up-to-date publication.
44 pages.              #764              $7

### How to Get a Green Card - Legal Ways to Stay in the U.S.A.

The most up-to-date guide to U.S. immigration available, this book clearly explains all the ways to qualify for a green card. The book provides insider advice on how to work with the INS; how to prepare and present all the right documents and what to expect every step of the way. Includes the latest forms with completed samples and instructions.
368 pages.              #537              $30



# Techniques of Revenge

## Tenant's Revenge



The author of this "survival" book for tenants used to be a big, bad landlord, and even wrote a book called "Care and Feeding of Tenants." In this informative and entertaining book, the author shows tenants how to get what they have coming and more. (Landlords should read it to keep from losing all they have.)

In *Tenant's Revenge*, renters find out how to get free rent, telephone and electricity; get more heat, break a foolproof lease; beat a landlord in court; wipe out cockroaches; and get repairs, even redecorating at the landlord's expense.

The establishment may have things stacked against tenants, but there are definitely ways they can strike back. *Tenants Revenge* leads the charge!

86 pages.        #420        $16

## USI Corporation - Surveillance

Take advantage of the latest technology for all your surveillance needs: Transmitters, bug detectors, recorders, video systems, telephone applications, voice changers, jammers and scramblers.

42 pages        #963        $10

## Get Even:
### The Complete Book of Dirty Tricks

Veteran trickster, George Hayduke, has compiled some of the most ingenious pranks ever dreamed up in this inspiring book.



Hundreds of great "solutions" are instantly yours in *Get Even*. Why suffer in silence, need-lessly, whenever you are cheated or wronged?

*Get Even* shows how to deal with just about every conceivable situation that demands revenge. Methods that range from simple tricks to sophisticated techniques will put you in charge of situations that used to have you on the run.

*Get Even* is crammed with eye-opening anecdotes of sweet revenge on roving lovers, tyrannical bosses, noisy dogs, merciless landlords, crooked businessmen, deadbeats, bigots, snobs, bullies, and just about any situation that calls for getting even.

Here's total joy for the long-suffering.

190 pages.        #424        $23

## Divorce Dirty Tricks

At last, the book everyone knew was needed but had never been written — until now. Our author, Bob Morrison, suffered through three divorces of his own, and in the process became an "MD" - Master of Divorce.

*Divorce Dirty Tricks* can help others become just as successful. This down-to-earth guide is not one of those "creative divorce" books thought up by some soft-headed psychiatrist. Nor is it a product of some "men's rights" or "women's movement" organization. *Divorce Dirty Tricks* is for both men and women-anyone who wants expert, practical advice on divorce. Here is a virtual "fighter's manual" of successful techniques.

All phases of divorce receive Bob's unique analysis and advice and are covered in ten chapters of genuine inspiration:
* Tactics and the law.
* Thinking about divorce.
* Lawyers and accountants — doing it yourself?
* The property settlement.
* Alimony.
* Custody and child support.
* Custody tactics: legal and otherwise.
* Special situations and tactics.
* Money matters after the fact.
* PLUS: Extensive tables of state-by-state comparisons on property law, grounds; no-fault laws, annulments, residence requirements, alimony, and more.

(PS: Even if you don't need *Divorce Dirty Tricks*, perhaps a friend or relative does. Do them a favor and order them a copy. Could be just what they NEED!)

252 pages.        #423        $20

## Get Even 2: More Dirty Tricks

There's actually great peace of mind knowing you know how to even the score — if you ever have to. It's comforting to know that even the vilest scumbag could be reduced to a whimpering idiot through a few well-directed "efforts."



Hayduke's hundreds of outrageous new methods of vengeance can be aimed at big business bums, cheating spouses, rip-off artists, utility companies, sleazy lawyers, the military, and just about anyone else who needs to be taught a lesson.... A priceless edition to your revenge library.

170 pages.        #425        $23

## Encyclopedia of Revenge



Are you tired of being dumped on? Fight back against the neighborhood bullies or the corporate giants and everyone in between! Retaliate with over 1,000 revenge techniques at your disposal and stay perfectly safe doing it.

*The Encyclopedia of Revenge* gives you all of the ideas you need:
* 1,160 revenge techniques from the mild to the dirty rotten - 29 categories in all, cross-referenced by subject.
* Sample letters and fliers referenced to the numbered revenge techniques. Just change the names to screw those who deserve it most.
* Concise, no-nonsense format, easy to understand. This book will never be obsolete.
* Sections covering the philosophy of revenge, common sense, and staying safe in covert operations.

Information is power, and *The Encyclopedia of Revenge* is by far the largest source of information you can find anywhere. Protect yourself and your loved ones with the knowledge that these techniques will work to get the results you want.

You DON'T have to take it anymore.

128 pages.        #22        $24

## The Revenge Book

Over the phone lines, through the mail, in the hands of messengers, and on the back of vermin; this devilish con-coction of trickery tells you how to strike out anonymously at all those vexing individuals who make life less enjoyable.



Revenge artist Bob Smith paints a shadowy panorama of vengeance that is guaranteed to inspire devious grins on the faces of good folks everywhere. Enrage your target's spouse. Shock his neighbors and business associates. Turn the world against him!....it's not hard to do.

*The Revenge Book* will give you the ideas you need to even the score!

90 pages.        #427        $16

Case 1:18-cr-00068-BAH   Document 28-5   Filed 01/23/19   Page 14 of 23

# Independent Living & Romance

## ☑ Last Chance Guide to Financial Success

This method of raising capital is entirely legal and is used every day by companies and individuals alike. You can be deeply in debt, even dead broke, have bad credit and still use this "millionaire" secret to raise huge sums of money in only 24 hours. And there are even more insider financial secrets in this revealing book:

• Own your own million-dollar corporation in only four weeks.
• Establish A-1 credit in 45 days.
• Raise up to $50,000 with your credit cards alone.
• Add $100,000 to a balance sheet for less than $50.
• Take over going businesses with zero cash.
• Raise tremendous sums of cash.
• The eight money rules of J. Paul Getty.
• Plus a bonus section which lists over 100 financial sources of capital for real estate, new venture financing, business expansion, and personal use. Here's an amazing collection of financial possibilities within the grasp of anyone with enough desire to put them into action.
50 pages.      #622      $18

## How You Can Become an Honorary Consul General

Learn about the many advantages and opportunities of becoming an Honorary Consul. Here's your chance of a lifetime!
103 pages.      #986      $50

## How to Accomplish Anything You Want in Life

Achieve your life's desires—money, health, love, recognition, power, adventure, and more. This report tells exactly how!
15 pages.      #165      $7

## Insider's Secrets to Free Travel!

Here's a collection of the current opportunities for free travel available to anyone with the spirit to apply. Many of the travel arrangements can actually become sources of income while you're traveling.
58 pages.      #778      $15

## How to Become a Gigolo

All the details for men who want to make a living being pleasing companions to bored, usually frustrated, women. There's lots of potential earnings and adventure in this unique line of personal service.
9 pages.      #72      $10

## ☑ Portable Trades & Opportunities

How would you like to live anywhere you want, have all the fun you want, and make all the money you want—all at the same time? The author of this inspiring book has been doing just this for at least the last twenty years, and he tells exactly how these big-money opportunities can be started with very little money and put into full operation in very little time. For example:

• Seminar / event promoter ($125k/year)
• Pen pals and newsletter ($150k/year)
• International bureaucrat ($150k/year)
• Passport broker ($1,000,000/year)
• Plus 15 other BIG MONEY plans that really work!

If you would like to "survive and prosper" on your own terms, this book is for you.
300 pages.      #553      $20

## The Complete Guide to Credit and Money

Here's a one-stop starting point for obtaining personal and business credit. Covers: Types of credit; Sources of credit; Credit reports; Major credit bureaus; Removing unfavorable credit information from your report; How to prevent credit problems; Legal Rights; Credit laws; Government loans; And much, much more.
16 pages.      #892      $5

## The Big Black Book of Sex Havens

The world can be your playground if you just know where to look. Brothels, swinger's clubs, sex dungeons, nude beaches, secret love hotels, S&M establishments, bath houses, porn palaces, massage and escort services—they're all waiting for you!

This fascinating and very detailed book takes you on a world tour of the hottest sex scenes with addresses, phone numbers, local etiquette, social cautions, great stories, and a whole lot more.

Over 30 countries in Europe, Asia, North and South America offer wide-open opportunities for sex adventures most people only dream about.
257 pages.      #960      $30

## Instant Aristocracy

Tells how, how much, and where you can buy Noble titles. It can be done!
156 pages.      #625      $25

## International Pharmaceuticals

Private (and legal) ways to obtain not-yet-approved drugs. All you need to know!
90 pages.      #19      $20

## Free Money and Services for Seniors and their Families



Millions of dollars are available for services needed by seniors and their caregivers. To obtain benefits, however, you have to locate and tap into the government, community, and private agencies that offer them. Leading free money expert, Laurie Blum, shows how to navigate the bureaucratic maze.

• Over 1,000 sources of free financial aid, complete with contact names, addresses, telephone and fax numbers.
• Listings of hundreds of government, community and private organizations providing non-financial assistance.
341 pages.      #848      $20

## Social Security: Understanding the Benefits

Social Security has programs that affect everybody. This booklet tells you what you need to know while you're still working and when it's your turn to collect benefits. There's also an overview of Medicare and Supplemental Security Income benefits.

Lots of questions are answered, and references are provided so you can seek out special solutions to your questions or problems. If you have to deal with the Social Security people, read this first.
15 pages.      #765      $5

## Don't Get Married Until You Read This



Pre-Nuptial Agreement anyone? If you have property, income, or expectations of an inheritance which a potential future divorce could conceivably jeopardize, YOU NEED to consider how a pre-nuptial agreement could protect your interests and those of your heirs.
201 pages.      #840      $12

## Take Note

Take Note gives you a successful, all-new way to get dates with partners that DO interest you. Discover the best places to find them. Learn how to get their attention in a safe, acceptable way. And most important, see how easy it is to get them to say YES.

A successful, alternative approach to meeting women. Simple and effective!
20 pages.      #969      $10

# College Degrees, Jobs & Careers

## Bear's Guide to Earning College Degrees Non-Traditionally

Need a degree? Now you can earn a fully-accredited, legit-imate, prestigious Bachelor's, Master's, Doctorate, MBA, even a law degree, without ever taking a single traditional course, and, in most cases, without ever visiting a college campus.



This book is the first serious reference work to describe every known approach to earning a degree from the most respectable to the most experimental to the most outrageous.

For the first time, people are earning degrees on the basis of equivalency exams, correspondence, or credit for work and life experience. The Bear's Guide lists 649 schools and programs not found in any other major college guide.

336 pages.      #463      $30

## How to Get the Job You *Really* Want

This plan shows how you can get better jobs—and get them fast. Learn how to move quickly into dream jobs with all the right references and education.

You can easily create documents and past experience that will convince your next employer to hire you. The author details everything you need to know, including: Finding the good jobs! Becoming an expert. Handling interviews. Real life examples. Sources of documents, and much more.

25 pages.      #994      $15

## How to Steal a Job

*How to Steal a Job* offers possibilities you never dreamed of! Never worry again about getting and holding a great job.

126 pages.      #465      $18

## Get Your College Degree —For Under $2,000!

Here's a brilliant plan for achieving a fully-accredited Associate's or Bachelor's Degree without setting foot in a classroom—for as little as (or less than) $2,000.

Completely detailed, this degree program can be followed by anyone serious enough to study for tests and make the appropriate applications for exams.

There are numerous schools available which will grant degrees based on this program. You can pursue this at your own pace, and you never need to attend classes!

55 pages.      #523      $12

## How to Be Working in 48 Hours Anywhere in America

Never be out of work again! This plan does just what the title says: it WORKS!

The author proved all the methods by using them to secure jobs all over the country. The secret is using the temporary placement firms successfully, which is spelled out clearly. And in case you are wondering about full-time employment, you should realize that the latest trend among employers is hiring temporaries first, and later offering full-time to those who "fit." Buy this report and get to work—today!

15 pages.      #879      $7

## Home-Based College and Educational Programs

Get a degree at home. Over 100 sources of home-based study programs, including "Tele-courses." Includes costs, best professions to pursue, as well as school loan programs.

16 pages.      #889      $7

## How to Be an Expert ...In Less Than Six Months

Knowledge is not only power; it can also be the foundation to your prosperity. The more you know, the more you can achieve. Learn how to: Acquire knowledge on your topic; Acquire "knowledge credentials"; Market yourself and increase your income.

18 pages.      #25      $10

## Resumes, Applications, and Cover Letters

Use this helpful guide's samples to prepare winning cover letters, resumes, and applications. Learn what words, phrases, and ideas work best.

15 pages      #189      $5

## How To Get A Job Fast

This plan of action for finding a job is just that: Identifying your skills; Things you like to work with; Cutting down the territory; Free career and job opportunity information; Temporary work; Small business assistance centers; Lots of names and addresses for finding more help and services fast.

25 pages.      #861      $10

## How to Find Government Jobs

Government jobs are always available, if you know where to look. This guide tells you where to find jobs and how to apply for opportunities that suit you.

Tons of good advice on federal jobs and how to get into the application process.

16 pages.      #893      $5

## ☑ Degrees By Mail

Need a college degree? High school diploma? GED? Now you can obtain exactly the diploma, certificate, or other document you want, quick and easy—*by mail!* No courses. No homework. No exams. No waiting. There is no faster or easier way to get the document you want.



Our bestselling book, *Degrees By Mail*, offers hundreds of college degrees, diplomas, and other certificates you can get directly by mail. Many are illustrated in full size and detail. To save you time, all order forms and detailed instructions are included in *Degrees By Mail*.

• College Degrees—AA, Bachelor's, Master's, and Doctorate.
• Certificates—customized to your order.
• Transcripts—as detailed as you need.
• Diplomas—High School, GED, Trade School, etc.

Why wait? *Degrees By Mail* offers the world of "degrees by mail." What you want is available NOW.

88 pages.      #971      $20

## The GED Tests

Never got your high school diploma? You can get the equivalent (accepted by 93 percent of colleges and universities and 96 percent of all employers) by passing five tests given at over 3,000 Official GED Testing Centers in the US and Canada.

This booklet describes all you need to know to prepare and apply for the tests.

16 pages.      #884      $4

## High Earning Workers Without a Bachelor's Degree

This report lists over 100 occupation categories which offer the highest earnings to individuals without a degree. Non-degree opportunities DO exist!...and here they are.

8 pages.      #885      $4

## How to Find Work with the Federal Government

Here's a comprehensive guide to locating jobs with the federal government:
• Finding available jobs,
• Rules and requirements,
• Job grading and advancement,
• Employment sources,
• Federal job banks,
• PLUS all the addresses you'll need to get the latest available data on specific jobs available now.

21 pages.      #852      $9

**ORDER BY MAIL:** Use Order Form in back of this catalog. Money Orders, Checks, Visa/Master Card accepted.

# 16
# Private Investigation & Unique Catalogs

## You Are the Target

Author Patrick O'Connor has been a top-level security consultant, and has seen firsthand what techniques actually work best for protecting personal security. His practical advice comes from extensive experience in creating security for both government and business. O'Connor details effective security techniques individuals can use at home, in the work place, and in public.

They say "forewarned is forearmed," and YOU ARE THE TARGET delivers the warning in vivid detail and tells you exactly how to avoid becoming a target.

130 pages.     #923     $10

## Mother's Maiden Name

The key to discovering personal and financial data on targets of investigation is that person's mother's maiden name. A clever investigator, or potential impostor attempting identity theft, can gain almost instant access to many private, personal records by knowing this one important fact.

This investigative report covers every imaginable way to find out this form of information, from ruses to clever searches of the appropriate public records. Includes easy-to-follow instructions and inside tips.

67 pages.     #930     $15

## Private Investigation in the Computer Age

Successful investigators today rely on sharp computer skills, specialized software, and the Internet in order to work quickly and efficiently.

From ordinary missing persons, heir finding and surveillance cases to the entirely new areas of computer monitoring and surveillance, modern detectives utilize the latest computer tools and resources.

- Squeeze clues from e-mail headers to help find a runaway child or identify a cyber stalker.
- Recover deleted data in order to find incriminating evidence on a hard drive.
- Monitor everything someone types into his computer, even as he's entering it.
- Take advantage of dozens of clever, inside tricks used by detectives to find out anything they want, and more.

Whether you're a practicing investigator or someone simply interested in the trade, you will benefit from learning how relatively easy it is to "get anything on anybody".

161 pages.     #755     $25

## How to Find Anyone Anywhere

Here's a virtual encyclopedia on locating missing persons, filled with hundreds of little known sources and technique familiar only to pros with years of experience.

Disclosed are efficient methods for accessing national networks of public and private information. Review credit card records, driver license files, government records, computer banks, long distance telephone records, and much more. Here's how to execute quickly national sweeps of information, design and utilize pretexts to elicit information, and develop all-important "confidential" sources. Learn how to find anyone, anywhere, FAST!

62 pages.     #629     $20

## Private Intelligence Secrets

Avoid investigators, lawyers, criminals, nosy neighbors and others who would like to take away your freedom, money, and property. Become "unavailable" to those who want to invade your privacy. This book has all the answers for you!

- Find out a person's bank balance.
- Use IRS investigation methods.
- Open locks with homemade tools.
- Spot "bad" checks instantly.
- Open any sealed envelope with a chemical, even if taped, undetected.
- Detect liars through their gestures.
- Legally bind anyone to a secret.
- Conduct both stationary and mobile surveillance.
- Find missing persons anywhere.

Here is a compilation of the finest tricks of the trade, contributed by over 100 intelligence agents, presented in an uncensored form.

98 pages.     #677     $20

## Handbook of Vital Records Information

Here's an inside look at the rules and procedures used by vital records offices in handling their documents. Dealing with bureaucracies is always easier if the "unknowns" are known beforehand, and this handy book has all the details:

- Confidential nature of birth certificates.
- Obtain transcripts of birth certificates.
- Alterations made on birth certificates.
- Adoption, Legitimization, and Adjudication of paternity.
- Correcting a birth certificate.
- Delayed certificates of birth.
- Where to write for birth, death, marriage and divorce records, state-by-state.

82 pages.     #480     $15

## Unique Catalogs & Directories

### The Private Investigator's Catalog

Here's the largest source of books and manuals covering every aspect of private investigation. Specialized equipment for investigators as well as special services just for investigators are also offered. No matter what your interest or need may be in the investigative field, you will find everything in this catalog.

60 pages.     #872     $12

### ☑ Paladin Press Catalog

The ultimate book-and-tape catalog on "military" action of all kinds: Martial arts, revenge, combat shooting, firearms, self-defense, knife fighting, silencers, police science, espionage, sniping, locksmithing, action careers, elite units, personal freedom, and everything in between. Paladin offers non-stop action in their excellent, expert publications.

#993     $7

### Delta Press Catalog

"The World's Most Outrageous Catalog" offers lots of books on firearms, fighting tactics, survival, and general mayhem. Included also are lock-picking tools, gun gear, sexy posters of fierce females, and lots of "educational" videos they will never rent at Blockbuster.

#992     $6

### National Wholesale Buying Catalog

Pay wholesale prices for thousands of items from hundreds of the best sources. Phone numbers, fax numbers, websites and addresses provided. They're all here!

8 pages.     #887     $9

### The National Home Employment Directory

More than 100 U.S. companies offer profitable home-based income and business opportunities both full and part-time.

Find the type of home-based work that suits your ability, needs, and desires.

32 pages.     #771     $12

### USI Corporation - Surveillance

Take advantage of the latest technology for all your surveillance needs: Transmitters, bug detectors, recorders, video systems, telephone applications, voice changers, jammers, and scramblers.

42 pages.     #963     $10

---

**ORDER BY PHONE: Toll-Free (800) 338-8484   or   SHOP ONLINE: www.EdenPress.com**

# Money-Making Opportunities

## The Work-At-Home Sourcebook

Want to work at home?  This new book provides information on over 1,000 companies that have home work programs, with job descriptions, pay and benefits, how to apply, and make the most of working at home once you get the job.  Covers positions for home word processors, proofreaders, telemarketers, graphic artists, craftspeople and many others.

Also included is complete contact information for hundreds of home business opportunities, telecommuting, and markets for handicrafts of all kinds.  Here is truly an invaluable source of information for anyone who wants to find a job working at home.

| | | |
|---|---|---|
| 394 pages. | #736 | $20 |

## Shoestring Marketing Guide

A complete short course in how to take a product to market and how to do it inexpensively.  Includes sources of information, packaging, pricing, selling to consumers, retail and wholesale outlets, and engaging agents and brokers.

| | | |
|---|---|---|
| 15 pages. | #226 | $6 |

## Product Finding Guide

A complete, step-by-step program for building a product line, how to think about products; find thousands of products; systemize your search, make drop-ship arrangements, make quantity deals; determine price, and much more.

| | | |
|---|---|---|
| 12 pages. | #227 | $6 |

## Getting Your Start in TV, Theaters, and Movies

So you wanna be an actor?  Be on TV?  Star in movies?  You can, of course, but it will take LOTS of hard work to learn acting, and even more time to perfect it.

This report presents the many avenues you can use to develop your skills and ultimately secure working (paying) parts.  Names and addresses of theater groups, game shows, and other important industry organizations, plus LOTS of inside information can help you get in touch with the right people quickly.

| | | |
|---|---|---|
| 27 pages. | #856 | $10 |

## National Sellers List

How to contact dealers who sell real estate and personal property forfeited to federal law enforcement agencies around the country.

| | | |
|---|---|---|
| 8 pages. | #196 | $5 |

## Money-Making Secrets of the Rich

Here are little-known secrets that could easily make you a fortune.  Included: How to earn finder's fees; wheel and deal with your banker; investment opportunities; government surplus; Swiss bank accounts, government land, real estate; and more.

| | | |
|---|---|---|
| 16 pages. | #229 | $7 |

## Earning Money by Mail Order

You can succeed at mail order with the informative and practical advice in this new booklet.  Every aspect of this exciting business is detailed, and easy to understand:
* Choosing a winning product or service.
* The hottest markets in which to sell.
* Best advertising techniques to use.
* Pricing strategies.
* And; the "secret weapon" of mail order.

| | | |
|---|---|---|
| 8 pages. | #877 | $7 |

## 50 Money-Making Online Businesses from Home

Use your computer skills to start and run your own new business from home.  With either a PC or MAC, you can use the Internet to generate an independent income from any of the fifty e-commerce ideas in this all-new report.

| | | |
|---|---|---|
| 6 pages. | #899 | $15 |

## Financing A Small Business

The most truthful and realistic booklet ever written on the subject.  Here's the nitty-gritty reality about why less than one percent of all small businesses can get financing, and how this problem can be overcome to start, build, or expand any business.  Includes a step-by-step, point-by-point financing plan that can be used repeatedly for any business.

| | | |
|---|---|---|
| 15 pages. | #225 | $6 |

## NEED MONEY?  Want to Make Money FAST & EASY?

*NOW YOU CAN!*  You can start making more money than you ever dreamed possible with *your very own business.*  We have over 300 money-making plans you can use immediately to generate quick cash.  No license fees.  No permits.  No limits.  Just lots of income!

Despite the "Greater Recession" there are many opportunities to make money.  You simply need to know what they are, and how to get started.  Times may be tough but these very real money-making opportunities are here today.

These plans are ideal for making money independently, whether you are young or old, male or female, experienced or not.  You won't have to beg any bankers, go into debt, or submit any applications.  Our plans tell you exactly how to make quick money.  Best of all, these plans can be started and run *from your home.*  These plans will work for you!

* No bank loan or credit check required.
* No "up front" money needed.
* Successful, low-budget advertising.
* Free marketing and publicity available.
* No government "red tape" to avoid.
* All CASH businesses - no billing.

Ready to get started?  Here's everything you need!  We have combined these plans into 2 SPECIAL COMBINATION OFFERS that save you over 55% off our regular catalog prices.

### The "Money-Maker" Combination
* 105 Ways to Make Money at Home ($7)
* 98 Underground Businesses ($20)
* 50 Online Businesses at Home ($15)
* Fast Money Plans of the Insiders ($20)

PLUS 2 FREE BONUS REPORTS:
* Lazy Person's Secrets to Overnight Wealth ($3)
* How to Get $1,000 to $5,000 FREE & CLEAR in 30 Days ($10)

You get ALL SIX ITEMS for only $29!
You Save $46!

| | | |
|---|---|---|
| All 6 Publications. | #10 | $29 |

### The "*Super* Money-Maker" Combination
* 105 Ways to Make Money at Home ($7)
* 98 Underground Businesses ($20)
* 50 Online Businesses at Home ($15)
* Fast Money Plans of the Insiders ($20)
* Last Chance Guide to Financial Success ($18)

PLUS 3 FREE BONUS REPORTS:
* Lazy Person's Secrets to Overnight Wealth ($3)
* How to Get $1,000 to $5,000 FREE & CLEAR in 30 Days ($10)
* Make Cash Selling at Swap Meets ($17)

You get ALL EIGHT ITEMS for only $49!
You Save $61!

| | | |
|---|---|---|
| All 8 Publications. | #20 | $49 |

ORDER BY MAIL: Use Order Form in back of this catalog. Money Orders, Checks, Visa/Master Card accepted.

18

# "Free Money" Opportunities

## Winning the Government Giveaway Game

Our federal government is still in the business of giving away all kinds of free benefits, which you can take advantage of simply by applying. Learn about:
- Federal loans for family or business.
- Wipe out IRS debt.
- Help for inventors.
- Almost-free and urban homesteading.
- Free overseas travel.
- Missing persons locator.

This new report provides addresses and telephone numbers to get you started in applying for your OWN set of benefits.
32 pages          #868          $10

## The Lazy Person's Secrets to Overnight Wealth

It takes a little cash and very little work to make it BIG with this idea.
2 pages          #143          $3

## The Big Book of Free Money

This is the ultimate book for getting free money from corporations, foundations and the government. Almost 3,000 sources with names, addresses and phone numbers are listed. The book is divided into two parts: Getting money for you personally, and Getting money for your business.

Personal uses are for the needy, artists, education of all kinds and levels, housing and social security. Instructions are provided for applying for personal grants and scholarships.

Money for your business includes federal and state sources, special considerations for women, minorities, the disabled, small business investment companies and venture capital sources. How to prepare a business plan and grant proposal is also covered.

This book gives you all the information you will need to get started and become the recipient of money these organizations are simply waiting to GIVE AWAY!
191 pages          #935          $25

## How to Write a Winning Grant Proposal

This detailed guide advises you on all the fine points to observe, and helps you avoid mistakes that could easily disqualify your proposal. If you are serious about applying for grants, you will need this very helpful writing "tool". NOTE: Most grant proposals are rejected not because they have bad ideas, but because they are poorly written.
21 pages          #940          $10

## ☑ How to Get $1,000 to $5,000 Free & Clear within 30 Days

Here is a little secret that will enable you to raise cash quickly, whenever you need it! Complete details and instructions are included on how to raise $1,000 to $5,000 within 30 days. You can use this plan effectively, raise the money you want, even make a full time job out of this plan.
10 pages          #233          $10

## Instant Cash

### How to Get Free Money

*Instant Cash* instructs you in all the fine points of preparing a winning grant proposal, with typical samples. *Instant Cash* also provides extensive listings of both public and private grant sources with addresses, phone numbers, contacts, etc.

If you have a worthy idea or project that would benefit from outside financial help, here's a great way to get it free.
120 pages          #931          $25

## How to Make Thousands of Dollars By Winning Contests

Here's a surefire way to get rich quick! Learn the psychology of winning, how sweepstakes games are conducted and how to get the edge on the competition; how contests are set up and how to take advantage of inside tricks. The prizes are there, get yours!
27 pages          #857          $10

## How to Get Paid for Watching TV

There are definitely ways to make money while watching your favorite shows! This plan tells how to organize your business and get clients. National manufacturers and opportunities. Starting your own rating service. Finding clients for video production groups. Here's an "inside" report that can make your viewing time PAY! Plenty of network addresses are included.
32 pages          #858          $10

## How to Get Your Own Personal Loan

How to deal with the four basic questions all lenders ask borrowers. Learn to answer them the way they want and the loan will be yours. Avoid the biggest mistakes made by would-be borrowers. How to use collateral properly. Where to find all the financing sources you need (worth the price of the report alone). Contains all the forms you need, with instructions on how to complete them so that lenders will give you full consideration.
16 pages          #777          $10

## Fast Money Plans of the Insiders

If you're looking for ways to make money fast, this new report contains HUNDREDS of possibilities you can use TODAY! Names, addresses, contact numbers are all included. Many of the ideas and plans can be the start of your own business, letting you keep on making fast money!

Loaded with great advice, suggestions, lots of "freebie" items, and just plain inspiration for you to go out and get your life turned in a much more profitable direction. Use this collection of money plans to make money, save money, and enjoy a much more rewarding life. You can't lose with any of these great moneymaking ideas.
56 pages          #934          $20

## National Directories of Private & Public Grant Programs

These four directories contain specific details of what each source is looking for and is providing. All contact information is included. You can apply to both private foundations as well as government agencies for free grant money in these four areas of need.

HEALTHCARE: Hospital costs, doctor bills, surgery, prescriptions, dental care, heart disease, etc.
21 pages          #936          $10

BUSINESS: Start-up funding, expansion, acquisition, equipment financing, and more.
21 pages          #937          $10

PERSONAL NEEDS: Rent, mortgage payments, groceries, clothing, car payments, debts, etc.
21 pages          #938          $10

EDUCATION: Private and public colleges, undergraduate, graduate, professional, foreign studies, and more.
21 pages          #939          $10

## The "Free Money" Combination

Discover *hundreds* of little-known, but very generous sources of FREE MONEY and programs of financial assistance. Everything you need is right here, including the following titles:
- Instant Cash – How to Get Free Money
- The Big Book of Free Money
- Fast Money Plans
- How to Get $1,000 to $5,000 Free and Clear Within 30 Days

All 4 Books for only $49. You Save $31!
ALL 4 Books          #517          $49

# Money-Making Opportunities

## How to Make Cash Money Selling at Swap Meets, Flea Markets, etc.

You can make good money part-time or create a full-time business at swap meets. Topics covered in this book include: what to sell, transportation, how to display your wares, bad weather, the IRS, equipment and supplies, publications for the "trade", and more!

A low initial investment is all that's required. You can still hold your regular job while you get started.

189 pages.       #952       $17

## Federal Government Sales

Here's the official publication on U.S. Government auctions. Don't be misled by fantastic claims of Jeeps for $1.00, etc. Instead, use the information in this guide to contact the agencies directly yourself, and receive their lists and notices of sales for free.

Departments covered: Agriculture, Defense, Energy, FDIC, GSA, Government Printing Office, HUD, Interior, Justice, USPS, SBA, TVA, Treasury, and Veterans Affairs.

Everything you need to know and use is included.

15 pages.       #886       $7

## Internet Auctions
### A Guide for Buyers and Sellers

Find out how Internet auctions work, payment options, and how to protect yourself. Take advantage of many new opportunities for quick profits.

5 pages.       #178       $5

## Make More Money than You Ever Dreamed Possible: Ups & Downs of Multi-Level Marketing

There are fortunes yet to be made using multi-level marketing (MLM). Author Adam Starchild, details just how this business method is organized and how you can take advantage of it to create your own sales empire with you at the top! You've probably heard lots of hype about "MLM", but here's how it's DONE!

Even more important in Starchild's report is his helpful collection of actual businesses you could organize for MLM success. As in any business, you first need a product or service you can control, but after that your success will depend on your marketing efforts. You will see that MLM methods can bring sales success very quickly. Let Adam Starchild show you how to make it happen.

50 pages.       #867       $10

## 105 Ways to Make Money At Home

Learn how to turn your spare time into money in your own home-based business. Included are detailed, easy-to-implement plans for moneymaking businesses:
* How to get started
* How much to charge
* How to get customers
* Simple, effective, and affordable marketing strategies
* And much more!

Anyone who wants to start his own business can find inspiration here. No more excuses!

11 pages.       #794       $7

## Ragnar's Guide to the Underground Economy

If you lose your job could you live as well or better than you do now? Detailed case studies reveal how carpenters, woodcutters, farmers, house-cleaners, computer consultants, mechanics, lawyers, vendors and others live off the economy, and keep what they earn by not paying taxes. Ragnar shows undergrounders how to locate work, get paid, prepare a budget, advertise your services, even finance your project when you can't go to the bank. Buy this invaluable book today and make the underground economy work for you!



159 pages.       #947       $18

## How to Make Any Expense Tax-Deductible

This new report shows how everyday expenses can be deducted from your income, saving you a LOT in taxes. Details straight from the IRS spell out the opportunities.
* Make thousands from your home business and pay zero tax.
* Deduct vacations, a home office, even commuting.
* Make your kid's allowance tax deductible.
* Document expenses to meet IRS approval.

You will receive a comprehensive list of deductions, IRS publications, and tax saving resources to help you reduce your taxes as low as possible. In this economy, every bit helps!

28 pages.       #24       $10

## Cigarette Smuggling for Fun and Profit

Want to make $5,000 to $8,000 in just a few days, without even "working?" If you don't mind doing some driving and meeting some "interesting" people, here's the perfect plan for you. What and how to buy. What to drive. Where to sell. If you get caught... Tax differences, state by state.

4 pages.       #670       $10

## Finder's Fee Guide

Many professional finders are now earning in excess of $100,000 per year. This special report describes over 140 specific finder's fee situations for finding: agents, real estate, lenders, borrowers, products, ventures etc. and gives full contact addresses.

It tells what finder's fees are, who pays them, how much, and includes instructions on how to negotiate for a finder's fee.

14 pages.       #220       $7

## U.S. Government Auto Auctions

Explains the Auto Auctions program and includes a checklist for buying a quality car at a great price.

5 pages.       #197       $4

## Make $300 a Day Detailing Cars, Trucks, and Vans!

Here's a complete business plan for making a great, independent living from detailing cars. Everything you need to know, from the operator's standpoint, is spelled out for you: Getting educated; Tools and supplies; Production; Marketing; Connections-networking for success; Generating cash. Very little money is needed to get started, and you can be your own boss from the start.

112 pages.       #529       $20

## U.S. Government Auction Sales - An Insider's Guide

There are real bargains to be found at government auctions. All kinds of items are put up for bid: cars, houses, jewelry, business equipment, you name it. This book provides the names and addresses for all the state and federal agencies that conduct auctions. Just get on their mailing lists and you will be notified of hundreds of auctions held every year by government agencies such as Customs, Dept. of Defense, the Postal Service, IRS, and scores of others. This resource book can lead you to a fortune in goodies picked up for pennies on the dollar.

53 pages.       #859       $10

ORDER BY MAIL: Use Order Form in back of this catalog. Money Orders, Checks, Visa/Master Card accepted.

# Money-Making Business Opportunities

## ☑ 98 Underground Businesses

Here's the most extensive collection of "cash businesses" we've seen yet. An incredible variety of ways to generate quick income in the "free" economy. Although a few might be considered "borderline," most are sound businesses that could be put into operation by anyone. Lots of details and super ideas for successful businesses in the Underground Economy.
58 pages.          #440          $20

## Commercial Research Service

Commercial Research Companies can easily gross over $1 million a year. This report shows you how to create and sell your own commerical research reports. Get clients to pay in advance for their reports. Let others do all the research work for you. Get all the free advertising you need.
16 pages.          #111          $10

## Seminar Broker

Make $50,000 in two days as a successful seminar broker. Learn how to find a hot subject. Get expert presenters to do the work of presenting it to the public. Test your concept inexpensively. Then, sell enough tickets to make from $5,000 to $50,000 clear profit for each seminar you hold.
13 pages.          #112          $10

## ☑ How to Make a Fortune with Classified Ads

Are you ready to make money—lots of it? Classified ads are the best dollar-for-dollar return in advertising. They are easy to write and you can reap hundreds of dollars in return. You can easily have a steady second income or develop a stable, full-time business through classifieds. Step-by-step in structions on:
• How to find what sells fast.
• What to sell through classified ads.
• Where to place the classified ads and have your orders double.
• What is the best approach—straight sale or free details.
• How to strengthen your ad copy.
• How to test results for bigger profits.
• How to expand your business without investing money.
• Six ways to improve ad response.
• Words and phrases that sell.
16 pages.          #168          $10

## Starting Your Own Business

A complete guide explaining everything from how to select a name for your business to opening a business account and insider's tips on advertising.
8 pages.          #201          $5

## ☑ Underground Car Dealer

Would you like a steady source of extra income? How about $1200 to $3000 a month working only in your spare time? If you like cars this easy-to-follow plan will bring you lots of money. Learn how to buy the right cars, avoid all kinds of problems, and sell them for the most profit.
• Buy cars without money.
• Beat the pros as a "private party."
• What cars never to buy.
• How and where to find the hottest cars.
• Retail/Wholesale pricing sources.
• The "MAGIC" word that gets best deals.
• The 5 things to do before selling a car.
• How to sell with NO advertising.
• Best way to get your asking price.
• How you can be driving cars for FREE!
These proven techniques will make you MONEY.
51 pages.          #62          $30

## Copyright Basics

Provides exact details on what a copyright is, what can be copyrighted, who can apply, how to register, what fees are involved, what forms to use, and related information.
12 pages.          #190          $7

## How to Sell Products and Services From Home

Here's all you need to know for making your home-based business a successful moneymaker. The home-based advantage. Sales and marketing strategies. Advertising techniques. Effective telephone techniques. Free publicity. Press releases. Customer service. Networking. And more!
8 pages.          #876          $7

## The Underground Data Base

The ultimate and up-to-date directory of America's "gray market" dealers, manufacturers, services, and information sources for such things as descramblers, auto enhancements, weapons, explosives, disappearing, lock picking, and more.
100 pages.          #67          $25

## Taking Over Going Businesses

Here's a profession that you can get into now and retire as a millionaire three years from now. Learn how to take over going businesses with no cash of your own. (It can be any kind of business because you aren't going to be running it.) Sell to an eager entrepreneur who will do all the work, pay you cash up front and provide you with steady monthly income.
11 pages.          #114          $10

## ☑ Million Dollar Hobby

If you have some spare time and would like to turn it into a personal fortune, here's the way to do it. By following the instructions in this manual, you don't need to put up a dime of your own money. You have no business to run, no office, store or plant, no selling, no employees, and absolutely no risk. More people have built fortunes with this program than with any other type of investment or business in this country.
12 pages.          #108          $10

## The Legal Chain Letter

Do you want a mail order business where one sale will start snowballing into a million dollars gross income within a year? Here it is! You use chain letter techniques (but 100 percent legal) to help charitable, school and religious groups raise funds (there is no selling for the groups to do). Start and operate this million-dollar mail order business anywhere! mail will reach 5 pages.          #110          $10

## The Gift Letter Program

Here is a simple home business that involves mailing 100 of so sponsored letters each day to new home buyers. Make $5,000 a month working two hours a day. Let a high school girl do all the work after school. No capital needed. It's one of the simplest and most profitable businesses you can set up anywhere (at least one hundred homes are sold per month).
13 pages.          #102          $10

## Flea Market Extravaganza

How would you like to put $30,000 net profit in your pocket for just one weekend of work? You can by promoting a flea market that will become the hottest show in town and pull thousands of people from Friday noon to 6 p.m. Sunday. You collect all of your cash in advance. Your profit is in your pocket before the doors open.
10 pages.          #105          $10

## How to Publish Your Own Newsletter

Start your profitable newsletter with virtually no overhead or investment.
• How to have a hit newsletter with much valuable information even if you don't know how to write.
• How to publicize your newsletter free.
• Choose the correct subscription rate.
• The most economical methods of production and printing.
• Where to get subscribers.
• How to avoid beginner mistakes.
15 pages.          #162          $10

**ORDER BY PHONE:  Toll-Free (800) 338-8484**  or  **SHOP ONLINE:  www.EdenPress.com**

22

# Special Money-Making Reports
## All Reports – Only $1.00 Each!



If you're looking for IDEAS for starting or expanding your own business, these reports will have just what you need. With an average of 3-4 pages, they are concise, to-the-point, and filled with helpful information you can put to use immediately.

And for only $1 each, you've got a BARGAIN!

## "Mail Order" Business

- # 73  Sell Hobby Items by Mail
- # 74  Mail-5-Letters-A-Day Plan
- # 75  Selling with Mini-Circulars
- # 76  Mail Order Best Sellers
- # 77  Practical Plans for Beginners
- # 78  Create Your Own Products
- # 79  Selling Recipes by Mail
- # 80  How to Be a Drop Shipper
- # 81  Sell Folios by Mail
- # 83  Start Your Own Publication
- # 84  Creating New Ideas
- # 85  Start Your Own M.O. Business
- # 88  M.O. Advertising Secrets
- # 90  Be a Mailing List Broker
- #308  Renting Mailing Lists
- #310  Profit from Your Reports
- #311  Marketing Your Reports
- #313  Sell Information by Mail
- #322  The Basics of Mail Order
- #344  Success in Mail Order
- #345  Mail Order with No Inventory
- #351  Finding a M.O. "Buddy"
- #357  Mail Order Tips
- #358  M.O. Customer Service
- #359  M.O. Tips for Beginners
- #361  Key to M.O. is Marketing
- #367  Avoiding M.O. Mistakes

## computer.related.plans

- # 96  Profits w/Personal Computer
- #305  Money on the Internet
- #307  What is "www" Domain?
- #331  Sharewares for $5 or Less
- #369  Publishing with CD-ROMS
- #370  Catalog on Disk/CD-ROM
- #377  Gold Inside Your PC
- #383  Producing How-To CDs

## Good Money/Bad Money

- #301  Tomorrow's Job Opportunities
- #303  66 Ways to Save Money
- #323  Chain Letters, Pyramid Scams
- #324  Envelope Stuffing Scams
- #328  Contest, Sweepstakes Secrets
- #330  Why Lottery Systems Fail
- #336  Unlimited Grocery Coupons

## Useful Information

- # 82  How to Copyright Your Work
- #216  Get Best Info on Any Subject
- #302  Buy Used Federal Property
- #304  Basic Facts on Trademarks
- #360  How Pawnshops Work
- #362  What Makes an Entrepreneur
- #376  NAFTA Exporter, Mexico

## Individual Plans for Starting Your Own Business

- # 86  Information Marketing
- # 87  Fashion Reselling
- # 89  Secrets of Book Selling
- # 91  Private Label Products
- # 92  The Information Business
- # 94  Selling Remainders/Overstock
- # 97  Subscription Newletter
- #123  Business Consulting Service
- #124  Bartering Club
- #134  Credit/Debt Counseling
- #137  Videotaping Service
- #144  Money Brokerage
- #150  Dating & Escort Service
- #156  Renting Mailing Lists
- #157  Pen Pal Club
- #159  Profits from Your Camera
- #312  Correspondence Club
- #315  Circular Mailing Service
- #316  The Ad Sheet Business
- #317  Publishing Ad Sheets
- #318  "Big Mail" Service
- #319  Rent Your Mailing List
- #320  Typesetting Business
- #321  Rubber Stamps
- #327  Selling "Used" Products
- #329  Selling Coupons
- #333  Freebie Ad Magazine
- #338  Special Event Videos

- #339  Videotaping Inventory
- #342  Discount Cards
- #343  Placemats as Ads
- #347  Errand Service
- #348  Referral Service
- #349  Newsletter Publishing
- #353  $5,000/page Circulars
- #356  Homemade Booklets
- #364  Self-Publishing
- #365  Money from Classified Ads
- #368  Gift Baskets
- #372  Producing How-To Videos
- #373  Biz-Opp Expo/Seminars
- #374  Adult Book & Video Club
- #379  Money with Voice Mail
- #380  All-Cruise Travel Club
- #381  Temp Help Agency
- #382  Mini-Offices
- #384  Advertising Maps
- #385  Zip Code Phonebooks
- #386  Gourmet Gift Baskets
- #387  Party Planner
- #388  Auto Detailing
- #390  Aerobics for Profit
- #392  House Cleaning
- #393  Moving People
- #394  Strip-O-Gram ($$!)
- #395  Home Shopping Show

## Advertising & Marketing

- # 93  Advertise/Publicize any Offer
- # 95  Produce Ad Circulars
- #209  Get Free Radio Advertising
- #210  How to Get Free Advertising
- #211  Secrets of Free Publicity
- #213  Write Profitable Classified Ads
- #214  Recruit Dealers/Distributors
- #215  Worldwide Distributor Network
- #306  Getting Free Publicity
- #309  Your Distributor Network
- #325  Make Classified Ads Work
- #332  Get Free Advertising
- #334  Marketing With High-Tech
- #335  Referral Cards Work!
- #340  Producing Cable TV Spots
- #346  Increase Ad Pulling Power
- #352  Select Best Business Name
- #354  Writing A Press Release
- #355  Marketing Products & Ideas
- #363  Overcoming Start-Up Blues
- #366  Avoid Advertising Mistakes
- #371  Marketing by Modem
- #375  Profits from Giveaways
- #389  Coop Sweepstakes
- #396  Producing Informercials
- #397  Ways to Buy TV Time
- #398  How to Buy TV Time
- #399  Produce Your Infomercial

# Business Opportunities

## How to Profit from Foreclosure Properties with Zero Cash Out of Pocket

The buying and selling of foreclosure properties is surprisingly easy to learn, and can be done in all parts of the country.
• Finding and researching the properties with highest profit potential.
• How to contact owners; writing good letters.
• Buying with no down payment.
• Mortgage reduction.
Help people out of unfortunate circumstances (even save their credit), and make a very good living at the same time.
48 pages.          #878          $15

## Making Money with Your Computer

Choose from over 50 home businesses that are centered around the computer. Any one of them could make you independent overnight.
8 pages.          #890          $7

## Home Inspection Service

Make up to $7,000 a month, net profit, running a home inspection service entirely by phone and mail from your home or small office. Let others do the work for you.
19 pages.          #106          $10

## Seminar Riches

The hottest-selling item today is information. *Seminar Riches* is a complete manual for establishing and maintaining a high-profit seminar learning center.
Every aspect of getting started and becoming very successful is fully detailed:
• Ideas for curriculum.
• Finding instructors.
• Preparing your catalog.
• Promoting and advertising.
• Dealing with customers.
122 pages.          #933          $20

## How to Get Free Publicity for Your Business

Learn exactly how to get all the free publicity you want for your product or business.
15 pages.          #217          $9

## How to Sell Information By Mail

This incredible report shows you why selling information by mail is one of the most profitable business operations today.
Written for the beginner, it contains professional tips learned from years of experience and thousands of dollars spent. This comprehensive report covers every particular you'll need to know to get started.
16 pages.          #164          $9

## How to Raise Money for Starting a Business

Get your business idea off the ground with the right financing. There are many sources available—you just have to know where they are. Learn how to find all the money you need.
4 pages.          #203          $4

## Home-Based Businesses for Fun and Profit

Many potential business opportunities, franchises too, can be started small from your own home. Complete details of these businesses, including addresses and phone numbers are included.
31 pages.          #855          $10

## Form Your Own Corporation

If you're thinking about incorporating your business, this report will give you the fine points to consider and detail the many advantages only a corporation can provide.
16 pages.          #782          $10

## How to Start & Operate Your Own Import/Export Business at Home

All the information you need to start a profitable import/export business:
• A list of agencies that will help you succeed, free of charge.
• How to get free samples of any product from most manufacturers.
• Which countries give you the best bargains.
• Sources of overseas suppliers & more!
12 pages.          #161          $10

## How to Set Up Your Own In-House Advertising Agency

Start you own profit-producing advertising agency with very little investment and no previous experience!
• How to get ads in leading national magazines FREE.
• The secret trick of buying space that pulls orders best.
• Get free editorial mention.
• The secret tricks of buying space that pulls orders best.
• Best attention-getting words.
• Establish immediate credit for your ad agency.
12 pages.          #166          $9

## How to Raise Money (For Starting Your Own Business)

Hundreds of possibilities exist for funding new businesses. If you can "promote" yourself, others will help you succeed.
8 pages.          #895          $7

## New Venture Consulting

Make at least $100,000 a year providing a unique consulting service for people planning to start their own business. Everything you need to know is covered about this easy to start and operate plan.
13 pages.          #109          $10

## Making Money at Garage Sales, Swap Meets and Flea Markets

Here's the most concise package of information we've seen on how to sell in these special places: Setting up; Selection and pricing; advertising; bookkeeping; making the sales; plus how to organize your efforts well in advance to assure a successful sales effort. You can make MORE money if you prepare properly. Learn the tricks for better preparation.
19 pages.          #860          $9

## How to Write Almost Anything—And Get Paid For It!

Become a paid writer by following the plans and ideas in this new report.
38 pages.          #865          $12

## How to Turn the Hobby of Photography into Thousands

Establish your own business in freelance photography; Copyrighting your work; Specialty photography; Newspapers; Cards; Weddings; Portraits; Models.
39 pages.          #862          $12

## ☑ Last Chance Guide to Financial Success

This method of raising capital is entirely legal and is used every day by companies and individuals alike. You can be deeply in debt, even dead broke, have bad credit and still use this "millionaire" secret to raise huge sums of money in only 24 hours. And there are even more insider financial secrets in this revealing book:
• Own your own million-dollar corporation in only four weeks.
• Establish A-1 credit in 45 days.
• Raise up to $50,000 with your credit cards alone.
• Add $100,000 to a balance sheet for less than $50.
• Raise tremendous sums of cash.
• The eight money rules of J. Paul Getty.
Plus a bonus section which lists over 100 financial sources of capital for real estate, new venture financing, business expansion, and personal use. Here's an amazing collection of financial possibilities within the grasp of anyone with enough desire to put them into action.
50 pages.          #622          $18

**ORDER BY MAIL:** Use Order Form in back of this catalog. Money Orders, Checks, Visa/Master Card accepted.

# ORDER FORM

## ORDER BY MAIL
Enclose money order, check or credit card information with the Order Form. No CODs or open accounts. Orders paid by money order or credit card are shipped the same day as received. Orders paid by check will be held 2 weeks.

## ORDER BY PHONE
(Credit Card Orders Only) If you are paying by Visa or MasterCard, call toll-free 1-800-338-8484 7am - Noon PST, (Mon - Fri)
*NOTE:* We ship orders to the *BILLING ADDRESS ONLY.*

## POSTAGE & HANDLING
Orders are sent by First Class or Priority Mail. Allow 3-5 days for delivery. For Express Mail (overnight) call our toll-free number: 1-800-338-8484, M-F, 7am-Noon for a quote based on the weight of your order.

## ORDERS OUTSIDE USA
Payment must be in U.S. funds only. Please use International Postal Money Orders or checks drawn on U.S banks. All orders shipped via Air Mail.

## RETURNS
Returned items must be received in "like-new" condition within 30-days of purchase and are subject to a 25% restocking charge. Damaged materials will be returned to the sender.

## CUSTOMER SERVICE
7am - Noon (PST); Mon-Fri
Toll-Free: (800) 338-8484, or
EdenPressInc@hotmail.com

All business will be conducted by phone, website, or mail only.

## MAILING ADDRESS
Eden Press, Inc.
P.O. Box 8410
Fountain Valley, CA 92728
www.EdenPress.com
Toll-Free: (800) 338-8484

| Item # | Price | Item # | Price | Item # | Price | Item # | Price | Item # | Price | Item # | Price | Item # | Price | Item # | Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | $29 | 164 | $9 | 321 | $1 | 393 | $1 | 524 | $30 | 774 | $25 | 872 | $12 | 936 | $10 |
| 19 | 20 | 165 | 7 | 322 | 1 | 394 | 1 | 528 | 15 | 776 | 10 | 876 | 7 | 937 | 10 |
| 20 | 49 | 166 | 9 | 323 | 1 | 395 | 1 | 529 | 20 | 777 | 10 | 877 | 7 | 938 | 10 |
| 22 | 24 | 168 | 5 | 324 | 1 | 396 | 1 | 534 | 25 | 778 | 15 | 878 | 15 | 939 | 10 |
| 24 | 10 | 170 | 7 | 325 | 1 | 397 | 1 | 537 | 30 | 780 | 15 | 879 | 7 | 940 | 10 |
| 25 | 10 | 174 | 1 | 327 | 1 | 398 | 1 | 542 | 20 | 782 | 10 | 884 | 4 | 947 | 18 |
| 35 | 10 | 175 | 3 | 328 | 1 | 399 | 1 | 549 | 24 | 783 | 20 | 885 | 4 | 952 | 17 |
| 38 | 20 | 176 | 3 | 329 | 1 | **400's** | | 553 | 20 | 784 | 15 | 886 | 7 | 953 | 16 |
| 40 | 15 | 177 | 3 | 330 | 1 | 400 | $20 | **600's** | | 786 | 15 | 887 | 9 | 954 | 18 |
| 43 | 10 | 178 | 5 | 331 | 1 | 402 | 12 | 600 | $15 | 787 | 10 | 889 | 7 | 960 | 30 |
| 45 | 25 | 179 | 5 | 332 | 1 | 403 | 15 | 601 | 15 | 788 | 10 | 890 | 7 | 963 | 10 |
| 49 | 12 | 180 | 3 | 333 | 1 | 413 | 16 | 605 | 30 | 794 | 7 | 892 | 5 | 966 | 10 |
| 50 | 15 | 181 | 2 | 334 | 1 | 415 | 25 | 621 | 25 | **800's** | | 893 | 5 | 969 | 10 |
| 53 | 10 | 182 | 2 | 335 | 1 | 420 | 16 | 622 | 18 | 815 | $25 | 895 | 7 | 970 | 30 |
| 54 | 10 | 183 | 2 | 336 | 1 | 423 | 20 | 625 | 25 | 823 | 18 | 899 | 15 | 971 | 20 |
| 62 | 30 | 184 | 5 | 338 | 1 | 424 | 23 | 629 | 20 | 829 | 20 | **900's** | | 977 | 18 |
| 65 | 30 | 185 | 5 | 339 | 1 | 425 | 23 | 631 | 8 | 833 | 15 | 901 | $20 | 979 | 25 |
| 67 | 25 | 186 | 3 | 340 | 1 | 427 | 16 | 632 | 18 | 834 | 15 | 901 | 30 | 986 | 50 |
| 72 | 10 | 187 | 4 | 342 | 1 | 434 | 11 | 640 | 11 | 835 | 10 | 902 | 20 | 987 | 10 |
| 73 | 1 | 188 | 2 | 343 | 1 | 440 | 20 | 641 | 15 | 840 | 12 | 904 | 15 | 990 | 20 |
| 74 | 1 | 189 | 5 | 344 | 1 | 463 | 30 | 645 | 30 | 843 | 20 | 906 | 15 | 992 | 6 |
| 75 | 1 | 190 | 7 | 345 | 1 | 465 | 18 | 665 | 13 | 848 | 20 | 907 | 15 | 993 | 7 |
| 76 | 1 | 191 | 4 | 346 | 1 | 476 | 15 | 667 | 20 | 852 | 9 | 915 | 40 | 994 | 15 |
| 77 | 1 | 192 | 5 | 347 | 1 | 478 | 15 | 669 | 16 | 855 | 10 | 916 | 40 | 995 | 22 |
| 78 | 1 | 193 | 4 | 348 | 1 | 480 | 15 | 670 | 10 | 856 | 10 | 917 | 50 | 999 | 20 |
| 79 | 1 | 195 | 5 | 349 | 1 | 481 | 13 | 673 | 25 | 857 | 10 | 918 | 10 | | |
| 80 | 1 | 196 | 5 | 351 | 1 | 482 | 7 | 675 | 4 | 858 | 5 | 923 | 10 | | |
| 81 | 1 | 197 | 4 | 352 | 1 | 483 | 18 | 677 | 20 | 859 | 5 | 926 | 15 | | |
| 82 | 1 | **200's** | | 353 | 1 | 484 | 20 | 678 | 25 | 860 | 9 | 928 | 20 | | |
| 83 | 1 | 201 | $5 | 354 | 1 | 497 | 30 | 681 | 20 | 861 | 10 | 930 | 15 | | |
| 84 | 1 | 203 | 4 | 355 | 1 | **500's** | | **700's** | | 862 | 12 | 931 | 25 | | |
| 85 | 1 | 205 | 5 | 356 | 1 | 501 | $55 | 700 | $12 | 865 | 12 | 932 | 10 | | |
| 86 | 1 | 209 | 1 | 357 | 1 | 502 | 50 | 736 | 20 | 866 | 20 | 933 | 20 | | |
| 87 | 1 | 210 | 1 | 358 | 1 | 504 | 70 | 755 | 25 | 867 | 10 | 934 | 20 | | |
| 88 | 1 | 211 | 1 | 359 | 1 | 505 | 50 | 757 | 29 | 868 | 10 | 935 | 25 | | |
| 89 | 1 | 213 | 1 | 360 | 1 | 508 | 99 | 764 | 7 | | | | | | |
| 90 | 1 | 214 | 1 | 361 | 1 | 511 | 65 | 765 | 5 | | | | | | |
| 91 | 1 | 215 | 1 | 362 | 1 | 517 | 49 | 768 | 14 | | | | | | |
| 92 | 1 | 216 | 1 | 363 | 1 | 523 | 12 | 771 | 12 | | | | | | |
| 93 | 1 | 217 | 9 | 364 | 1 | | | | | | | | | | |
| 94 | 1 | 220 | 7 | 365 | 1 | | | | | | | | | | |
| 95 | 1 | 225 | 6 | 366 | 1 | | | | | | | | | | |
| 96 | 1 | 226 | 6 | 367 | 1 | | | | | | | | | | |
| 97 | 1 | 227 | 6 | 368 | 1 | | | | | | | | | | |
| **100's** | | 229 | 7 | 369 | 1 | | | | | | | | | | |
| 102 | $10 | 233 | 10 | 370 | 1 | | | | | | | | | | |
| 105 | 10 | **300's** | | 371 | 1 | | | | | | | | | | |
| 106 | 10 | 301 | $1 | 372 | 1 | | | | | | | | | | |
| 108 | 10 | 302 | 1 | 373 | 1 | | | | | | | | | | |
| 109 | 10 | 303 | 1 | 374 | 1 | | | | | | | | | | |
| 110 | 10 | 304 | 1 | 375 | 1 | | | | | | | | | | |
| 111 | 10 | 305 | 1 | 376 | 1 | | | | | | | | | | |
| 112 | 10 | 306 | 1 | 377 | 1 | | | | | | | | | | |
| 114 | 10 | 307 | 1 | 379 | 1 | | | | | | | | | | |
| 123 | 1 | 308 | 1 | 380 | 1 | | | | | | | | | | |
| 124 | 1 | 309 | 1 | 381 | 1 | | | | | | | | | | |
| 134 | 1 | 310 | 1 | 382 | 1 | | | | | | | | | | |
| 137 | 1 | 311 | 1 | 383 | 1 | | | | | | | | | | |
| 143 | 3 | 312 | 1 | 384 | 1 | | | | | | | | | | |
| 144 | 1 | 313 | 1 | 385 | 1 | | | | | | | | | | |
| 150 | 1 | 315 | 1 | 386 | 1 | | | | | | | | | | |
| 156 | 1 | 316 | 1 | 387 | 1 | | | | | | | | | | |
| 157 | 1 | 317 | 1 | 388 | 1 | | | | | | | | | | |
| 159 | 1 | 318 | 1 | 389 | 1 | | | | | | | | | | |
| 161 | 10 | 319 | 1 | 390 | 1 | | | | | | | | | | |
| 162 | 10 | 320 | 1 | 392 | 1 | | | | | | | | | | |

**SUBTOTAL:** _____
(Calif. Residents add 8% sales tax): _____

**Postage & Handling** (Choose One):
U.S. First Class (Orders under $100)   [ ]   6.00
(Orders over $100)   [ ]   11.00
**Foreign Orders Only** (2-3 weeks):
Canada (add 20% of subtotal)   [ ]   11.00
Other Countries (add 30% of subtotal)   [ ]   _____

**TOTAL: $** _____

**Payment Method** (select one):
[-] Money Order   [-] Check   [ ] Credit Card

Account Number (Visa/MasterCard Only)   Card Expires

STAMPS OK FOR PURCHASES

**SEND TO:** Name _____
Address _____
City _____ State ____ Zip ____
Telephone (optional) _____