# Exhibit F

Open acct° Credit

Cot.   Line of Credit                           600

① Shell Co.            3705 year ord
   ↓
Office Space by Virtual with Life Operator
   ↓
EIN (75-100)
   ↓                              (250 000)
DNB (20-30)
                                          195.00
Open Online Bank
   ↓
Web Site                                  Buy
                                          Por
   ↓
E-mail add
   ↓
   apply for Store Card        (20)
Go to website    ① Costo      between 20 to 50
to print the     ② Sears
application      ③ Kinko
*(Always type) Application ④

Same way you apply for Bank
Line of Credit

                              20 to 100