# Exhibit G

IMMIGRATION COURT
1900 EAST WHATLEY ROAD
OAKDALE, LA  71463

In the Matter of

Case No.: A070-512-581

ORJI, MICHAEL AFAMEFUNA
    Respondent

IN REMOVAL PROCEEDINGS

ORDER OF THE IMMIGRATION JUDGE

This is a summary of the oral decision entered on <u>May 9, 2012</u>.
This memorandum is solely for the convenience of the parties.  If the
proceedings should be appealed or reopened, the oral decision will become
the official opinion in the case.

[✓]  The respondent was ordered removed from the United States to
    NIGERIA or in the alternative to _____.

[  ]  Respondent's application for voluntary departure was denied and
    respondent was ordered removed to NIGERIA or in the
    alternative to _____.

[  ]  Respondent's application for voluntary departure was granted until
    _____ upon posting a bond in the amount of $ _____
    with an alternate order of removal to NIGERIA.

Respondent's application for:

[  ]  Asylum was ( )granted  ( )denied( )withdrawn.
[✓]  Withholding of removal was ( )granted (✓)denied  ( )withdrawn.
[  ]  A Waiver under Section _____ was ( )granted ( )denied ( )withdrawn.
[  ]  Cancellation of removal under section 240A(a) was ( )granted  ( )denied
    ( )withdrawn.

Respondent's application for:

[  ]  Cancellation under section 240A(b)(1) was ( ) granted  ( ) denied
    ( ) withdrawn.  If granted, it is ordered that the respondent be issued
    all appropriate documents necessary to give effect to this order.

[  ]  Cancellation under section 240A(b) (2) was  ( )granted  ( )denied
    ( )withdrawn.  If granted it is ordered that the respondent be issued
    all appropriated documents necessary to give effect to this order.

[  ]  Adjustment of Status under Section ____ was  ( )granted  ( )denied
    ( )withdrawn.  If granted it is ordered that the respondent be issued
    all appropriated documents necessary to give effect to this order.

[✓]  Respondent's application of (✓) withholding of removal  ( ) deferral of
    removal under Article III of the Convention Against Torture was
    ( ) granted  (✓) denied  ( ) withdrawn.

[  ]  Respondent's status was rescinded under section 246.
[  ]  Respondent is admitted to the United States as a _____ until _____.
[  ]  As a condition of admission, respondent is to post a $ _____ bond.
[  ]  Respondent knowingly filed a frivolous asylum application after proper
    notice.
[  ]  Respondent was advised of the limitation on discretionary relief for
    failure to appear as ordered in the Immigration Judge's oral decision.
[  ]  Proceedings were terminated.
[  ]  Other: _____.
    Date:  May 9, 2012

AGNELIS L. REESE
Immigration Judge

Appeal: Waived/Reserved   Appeal Due By:
*by respondent* 6/8/12

ALIEN NUMBER: 070-512-581                    ALIEN NAME: ORJI, MICHAEL AFAMEFUNA

---

CERTIFICATE OF SERVICE
THIS DOCUMENT WAS SERVED BY:  MAIL (M)    PERSONAL SERVICE (P)
TO: [ ] ALIEN  [ ] ALIEN c/o Custodial Officer  [ ] ALIEN's ATT/REP  [✔] DHS
DATE: _____5|9|12_____ BY: COURT STAFF _____
     Attachments:  [ ] EOIR-33  [ ] EOIR-
28  [ ] Legal Services List  [ ] Other

---

Q6