# Exhibit H

**Digital Video Snapshot**



Capture Size: 1280 x 800 pixels

**Digital Video Snapshot**



Capture Size: 1280 x 800 pixels

**Digital Video Snapshot**



Capture Size: 1280 x 800 pixels

**Digital Video Snapshot**



Capture Size: 1280 x 800 pixels

**Digital Video Snapshot**



Capture Size: 1280 x 800 pixels