IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA　　　　*

　　　　v.　　　　　　　　　　　　*　　Criminal Case No. 18-CR-0068 (BAH)

MICHAEL ORJI　　　　　　　　*

　　　　　　　　　　　　*****

MEMORANDUM IN AID OF SENTENCING

The Defendant, by and through his attorney, Robert C. Bonsib, Esq. and the law office of MarcusBonsib, LLC, hereby submits this Memorandum in Aid of Sentencing and, in support thereof, states as follows:

### I. PROCEDURAL BACKGROUND

On October 26,2018, the Defendant entered a pleas of bank fraud and money laundering.

A Pre-Sentence Report ("PSR") was ordered and sentencing is now set for June 21, 2019

### II. PRE-SENTENCE REPORT

The Defendant respectfully requests that this Honorable Court find that the guidelines recommended by the parties in the plea agreement be adopted as the appropriate guidelines range in this matter.   As the government has in its most recent sentencing submission, honoring its agreement with the Defendant as to its recommended guideline range, the Defendant also asks that the Court honor the recommendations of the parties in the plea agreement.

### III. GOVERNMENT' SENTENCING RECOMMENDATION

The Defendant recognizes that there have been issues raised regarding whether the plea agreement between the government and the Defendant is a correct application of the sentencing guidelines.   The Defendant also is appreciative of the government's commitment to honor the terms of the plea agreement in this matter.

Recognizing that the sentencing guidelines are advisory only and that they do not necessary represent what constitutes a reasonable sentence in a particular case, the Defendant respectfully submits that regardless of what guideline range the Court determines to be appropriate in this matter, the government's sentencing recommendation of 87 months represents the top end of what would constitute a reasonable sentence in this matter.   The government's sentencing recommendation was made from the position of a party that has a full understanding of the Defendant's position in the charged conspiracy.  With that perspective the government is in the best position to recommend what is the most reasonable "top" guidelines recommendation and for that reason the Defendant respectfully asks this Honorable Court to view the government's sentencing recommendation as the most extreme sentence that should be imposed in this matter.

What the government's recommendation does not take in consideration – and what the government was not in a position to evaluate when it committed to its sentencing recommendation – is why the Defendant's personal characteristics and what he has done since his incarceration in this matter justifies a sentence below the government's recommendation as the most reasonable sentence in this matter.

While the Defendant recognizes that calculating the guidelines in this matter is a responsibility of the United States Probation Office and the Court, the Defendant also is aware that whatever guideline range is determined by the Court to be the appropriate guidelines range, it is only one factor for the Court to consider in arriving at a what is a reasonable sentence in this case.  What the Defendant is asking the Court to consider as the most significant and meaningful consideration in this case is a consideration of the personal characteristics of the Defendant – as is more fully discussed herein.

For the reasons more fully set forth in this sentencing memorandum and the attached exhibits, it is respectfully submitted that a sentence below that recommended by the government would best constitute a reasonable sentence in this matter.

### III.   18 U.S.C. 3553(a) CONSIDERATIONS

In considering the appropriate sentence in this matter, it is respectfully submitted that the Court should consider the entirety of the Defendant's personal history and family circumstances.

Attached to this sentencing memorandum are the following exhibits:

Exhibit No. 1 – Two letters from Michael Orji.  Written at different times and although there is some overlap in these letters, Mr. Orji has requested undersigned counsel to submit both letters as they represent his reflections and thoughts regarding the circumstances regarding the instant offense, his personal history, his objectives for his future and his accomplishments and reflections during the period of his incarceration.

Exhibit No. 2   - Georgetown University materials and letters. These materials reflect Mr. Orji's participation in the Georgetown University's "Prison and Justice Initiative."

Exhibit No. 3 -  Letters in support of Michael Orji.

Exhibit No. 4 – Family photographs

Exhibit No. 5 – Certificates

The Defendant is an aberration in his family.   His parents and his siblings are extraordinary individuals, successful and impressive in their own right.  The Court can appreciate some of this from the letters submitted in support of Michael Orji, but undersigned counsel predicts that when the Court hears from family members at the sentencing hearing in this matter, this fact will become even more apparent.

It is an unanswered question in his parents mind as to why Michael Orji ended up in his current circumstances when the rest of his family exemplify what is best in their communities.

Michael Orji has reached a position in his life where he recognizes he needed a serious "course correction."   His involvement in college programs available while he has been incarcerated is just one example Michael Orji's commitment to changing his life upon his release and making the best use of his time while incarcerated to improve himself.

Michael Orji also recognizes that upon his release he is most likely going to be deported. He has accepted that as his future and, if deported, will be removed from the environment and individuals that he has associated with that resulted in his appearing before this Honorable Court for sentencing.  Back in his home country, he will be supported by a loving family and will have an opportunity to have that family help him with his re-entry into society.

The fact that Michael Orji will be deprived of significant opportunities in the BOP because of his being under an order of deportation and will deprived of good time credits and the opportunity to serve his sentence in a BOP institution of a lower security level are appropriate factors for this Court to consider in fashioning the appropriate sentence in this matter.

## IV.  REQUEST FOR SPEAKERS AT SENTENCING

The Defendant respectfully requests that his family members and perhaps one or two other individuals be permitted to speak at his sentencing hearing.

It is anticipated that the will each speak for approximately five minutes.

## V.  CONCLUSION

For each and all of the foregoing reasons it is respectfully requested that this Honorable Court impose a sentence below the government's recommended sentence of 87 months.

Respectfully submitted,

MARCUSBONSIB, LLC

*/s/ Robert C. Bonsib*

_____
Robert C. Bonsib
6411 Ivy Lane, Suite 116
Greenbelt, Maryland 20770
(301) 441-3000
robertbonsib@marcusbonsib.com
Trial Bar No. 00324

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served this 16th day of June, 2019

*via* CM/ECF to: Assistant United States Attorney Christopher Brown.

*/s/ Robert C. Bonsib*

_____
Robert C. Bonsib

5