**Selected Sentencing Information for Offenders Sentenced Under §2S1.1 with Base Offense Level Determined Under §2B1.1, and Applicable Guideline Range of 210 - 262**

**Fiscal Years 2009 - 2018**[1]

| Total Number of Offenders | | 21 |
|---|---|---|

| Type of Sentence Imposed | Number | Percent |
|---|---|---|
| Prison Only | 21 | 100.0% |
| Prison/Community Split Sentence | 0 | 0.0% |
| Probation and Confinement | 0 | 0.0% |
| Probation | 0 | 0.0% |

| Sentence Relative to the Guideline Range | Number | Percent |
|---|---|---|
| Within Range | 8 | 38.1% |
| Downward Departure | 4 | 19.0% |
| Downward Variance | 9 | 42.9% |

| Sentence Length[2] | Mean | Median |
|---|---|---|
| All Offenders | 163 | 180 |
| Within Range | 233 | 235 |
| Downward Departure | 108 | 103 |
| Downward Variance | 125 | 120 |

[1] Only cases with complete guideline application information and sentenced using a *Guidelines Manual* in effect November 1, 2001 and later were included. In addition, only cases that were sentenced using §2B1.1 to determine the base offense level under §2S1.1 and with a calculated guideline range of 210-262 months were included.

[2] Calculations include sentences of probation as zero months and any term of confinement as described in USSG §5C1.1.

SOURCE: U.S. Sentencing Commission, 2009-2018 Datafiles, USSCFY09-USSCFY18.